# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED 2020 MAR -9 AM 9:17 CLERK US DISTRICT COURT CENTRAL DIST OF CALIF LOS ANGELES BY:___

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MITCHELL ENGLANDER<br>PLAINTIFF / DEFENDANT | CASE NUMBER: 20CR00035-JFW<br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 03/09/2020   8:30   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 1001, 18 USC 1512

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: N/A

7. Year of Birth: 1970

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: JANET LEVINE   Phone Number: 310-272-7907

9. Name of Pretrial Services Officer notified: DUTY - (213-894-5569)

10. Remarks (if any): Miranda Smith

11. Name: SA ANDREW CIVETTI   (please print)

12. Office Phone Number: 310-294-0386

13. Agency: FBI

14. Signature: _[signature]_

15. Date: 03/05/2020

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION