FILED
CLERK, U.S. DISTRICT COURT

MAR - 9 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| PLAINTIFF, | 2 0 CR 0 0 0 3 5 -JFW |
| v. | |
| MITCHELL ENGLANDER | **WARRANT FOR ARREST** |
| DEFENDANT(S) | **UNDER SEAL** |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **MITCHELL ENGLANDER** and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with:

18 U.S.C. § 1001(a)(1): Falsifying Material Facts;
18 U.S.C. § 1001(a)(2): Making False Statements;
18 U.S.C. § 1512(b)(3): Tampering with a Witness, Victim, or Informant and Obstruction of Justice

Kiry K. Gray
NAME OF ISSUING OFFICER
Clerk of Court
TITLE OF ISSUING OFFICER

_____
SIGNATURE OF DEPUTY CLERK

January 16, 2020     Los Angeles, CA
DATE AND LCATION OF ISSUANCE

By: ALEXANDER F. MacKINNON
NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

01/16/2020
DATE RECEIVED

03/09/2020
DATE OF ARREST

SA ANDREW CIVETTI
NAME OF ARRESTING OFFICER

SPECIAL AGENT
TITLE

_____
SIGNATURE OF ARRESTING OFFICER

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**