```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                 MAR - 9 2020

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

United States of America

PLAINTIFF

v.

Mitchell Englander

DEFENDANT(S).

CASE NUMBER

20-CR-00035-JFW

**DESIGNATION AND APPEARANCE OF COUNSEL**

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Janet I. Levine _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

03/09/2020
Date

_[Defendant's Signature]_
Defendant's Signature

Los Angeles, CA
City and State

## APPEARANCE OF COUNSEL

I, Janet I. Levine _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

03/09/2020
Date

94255
California State Bar Number

_[Attorney's Signature]_
Attorney's Signature

10100 Santa Monica Blvd #1725
Street Address

Los Angeles CA 90067
City, State, Zip Code

310 272 7907          310 556-2705
Telephone Number      Fax Number

jlevine@kbkfirm.com
E-mail Address

CR-14 (01/07)                DESIGNATION AND APPEARANCE OF COUNSEL