UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES</u>

Case No.   **CR 20-35-JFW**                                          Dated: March 12, 2020

==========================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins |
|---|---|---|
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
| | | Melissa E. Mills |
| | Interpreter: None | Asst. U.S. Attorney |
| | | present |

==========================================================================

U.S.A. vs (Dfts listed below)                          Attorneys for Defendants

1)   Mitchell Englander                         1)   Janet I. Levine
     present on bond                                  Sarah Emily Moses
                                                      present - retained

_____

**PROCEEDINGS:   TRIAL SETTING CONFERENCE**

Case called, and counsel make their appearance.

Trial Setting Conference held.  Court ordered the dates as indicated on Order Re: Criminal Trial filed today.

CC: USPO, PSA, USM