KENDALL BRILL & KELLY LLP
Janet I. Levine (94255)
  *jlevine@kbkfirm.com*
Sarah E. Moses (291491)
  *smoses@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendant
Mitchell Englander

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MITCHELL ENGLANDER,<br><br>　　　　　Defendant. | Case No. CR 20-35-JFW<br><br>**DEFENDANT MITCHELL ENGLANDER'S UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE CHANGE OF PLEA HEARING DATE; DECLARATION OF JANET I. LEVINE**<br><br>*[Filed Concurrently with Proposed Order]*<br><br>Current Trial Date: Sept. 8, 2020<br><br>Current Status Conference: Not set<br><br>Current Change of Plea Date: June 4, 2020<br><br>Proposed Change of Plea Date: Week of July 6, 2020 |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

Case No. CR 20-35-JFW
DEFENDANT MITCHELL ENGLANDER'S UNOPPOSED EX PARTE APPLICATION TO CONTINUE
CHANGE OF PLEA HEARING DATE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Defendant Mitchell Englander, by his undersigned counsel, hereby applies to this Court *ex parte* for an Order continuing the Change of Plea Hearing currently set for June 4, 2020 at 8:00 a.m. to the week of July 6, 2020, or as soon thereafter as is convenient for the Court. Good cause exists to grant the requested relief because this continuance will allow defense counsel additional time to consider the "materiality" standard under 18 U.S.C. § 1001. The government does not oppose this request.

This is Mr. Englander's first request to continue the Change of Plea Hearing date. The Court previously approved the parties' April 17, 2020 stipulation to continue the trial date from May 5, 2020 to September 8, 2020 due to COVID-19 and other timing issues.

On May 26, 2020, counsel for Mr. Englander indicated in a telephone call with both government prosecutors, Mr. Jenkins and Ms. Dragalin, that she was seeking to continue the date for the Change of Plea Hearing. Counsel for the government indicated that the government's position is that the facts of this case as documented in discovery meet the standard for materiality; however, the government does not oppose Mr. Englander's request to continue the Change of Plea Hearing to early July 2020, but would oppose any additional requests to continue.

//
//
//
//
//
//
//

1  This *Ex Parte* Application is based on the attached Declaration of Janet I.
2  Levine, the [Proposed] Order, and all filings and orders in this case.

3

4  DATED:  May 28, 2020                KENDALL BRILL & KELLY LLP

5

6

7                                By:   /s/ Janet I. Levine
                                       Janet I. Levine
8                                      Attorneys for Mitchell Englander

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

3                                    Case No. CR 20-35-JFW
DEFENDANT MITCHELL ENGLANDER'S UNOPPOSED EX PARTE APPLICATION TO CONTINUE
CHANGE OF PLEA HEARING DATE

## DECLARATION OF JANET I. LEVINE

I, Janet I. Levine, declare as follows:

1. I am an attorney at the law firm of Kendall Brill & Kelly LLP. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been retained to represent defendant Mitchell Englander in the above-captioned matter.

3. Mr. Englander is charged with violating 18 U.S.C. § 1001 (making material false statements) and 18 U.S.C. § 1512 (obstruction of justice).

4. The alleged crimes arise from statements Mr. Englander is alleged to have made to the FBI in interviews and interactions he is alleged to have had with a cooperating witness about the interviews.

5. On or about March 25, 2020, defendant Mitchell Englander and his counsel, Janet I. Levine, executed a plea agreement, under which Mr. Englander agreed to plead guilty to Count 1, a violation of 18 U.S.C. § 1001(a)(1), a scheme to falsify material facts.

6. In the plea agreement Mr. Englander admits that the statement of facts attached to the plea agreement is sufficient to support a plea of guilty.

7. The change of plea is now set for June 4, 2020 at 8:00 a.m.

8. The certificate of defense counsel attached to the plea provides that I concur that the factual basis set forth in the plea agreement is sufficient to support the guilty plea.

9. When I signed the "Certificate of Defendant's Attorney" I believed it to be true and accurate. Since the time I executed that Certificate, pleadings filed by prosecutors in another case in another judicial district suggest that there might exist

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

4

Case No. CR 20-35-JFW

DEFENDANT MITCHELL ENGLANDER'S UNOPPOSED EX PARTE APPLICATION TO CONTINUE CHANGE OF PLEA HEARING DATE

a different standard for materiality under 18 U.S.C. § 1001. Further pleadings from the government in that matter are expected shortly.

10. I am seeking a continuance to further analyze the materiality standard and to enable me to fully advise Mr. Englander on all potential materiality issues. I believe continuing the plea until the week of July 6, 2020 will provide me sufficient time to do so.

11. To be clear, Mr. Englander is not challenging the plea agreement he executed. This is counsel's attempt to gain additional clarity on the operative materiality standard.

12. On May 26, 2020, I asked counsel for the government, Mr. Jenkins and Ms. Dragalin, whether they would be willing to agree to a continuance of the Change of Plea Hearing. Counsel for the government indicated that the government's position is that the facts of this case as documented in discovery meet the standard for materiality; however, the government does not oppose Mr. Englander's request to continue the Change of Plea Hearing to early July 2020, but would oppose any additional requests to continue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of May, 2020, at Los Angeles, California.

                                 /s/ Janet I. Levine
                                 Janet I. Levine