# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MITCHELL ENGLANDER,<br><br>        Defendant. | Case No. CR 20-35-JFW<br><br>**ORDER GRANTING DEFENDANT MITCHELL ENGLANDER'S UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE CHANGE OF PLEA HEARING DATE** |

**ORDER**

The Court, having considered Defendant Mitchell Englander's Unopposed *Ex Parte* Application and the Declaration of Janet I. Levine and evidence in support thereof, and for good cause shown, hereby GRANTS the *Ex Parte* Application and ORDERS:

The Change of Plea Hearing currently set for June 4, 2020 at 8 a.m. is hereby continued until **July 7, 2020 at 8:00 a.m.**

**IT IS SO ORDERED.**

Dated: May 29, 2020

_____
The Honorable John F. Walter

CC: USPO, USM