```
 1 | NICOLA T. HANNA
   | United States Attorney
 2 | BRANDON D. FOX
   | Assistant United States Attorney
 3 | Chief, Criminal Division
   | MACK E. JENKINS (Cal. Bar No. 242101)
 4 | VERONICA DRAGALIN (Cal. Bar No. 281370)
   | MELISSA MILLS (Cal. Bar No. 248529)
 5 | Assistant United States Attorneys
   | Public Corruption and Civil Rights Section
 6 |      1500 United States Courthouse
        312 North Spring Street
 7 |      Los Angeles, California 90012
        Telephone: (213) 894-2091
 8 |      Facsimile: (213) 894-2927
        Email:    mack.jenkins@usdoj.gov
 9 |                veronica.dragalin@usdoj.gov
                  melissa.mills@usdoj.gov
10 |
   | Attorneys for Plaintiff
11 | UNITED STATES OF AMERICA
```

**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-35-JFW |
|---|---|
| Plaintiff, | <u>ORDER CONTINUING SENTENCING HEARING</u> |
| v. | **SENTENCING DATE:** 12/7/2020 at 8:00 a.m. |
| MITCHELL ENGLANDER, | |
| Defendant. | |

The Court has read and considered the Stipulation to Continue the Sentencing Hearing for defendant MITCHELL ENGLANDER, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing in this matter, and provides good cause for continuing the sentencing hearing, as requested by the parties.

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing hearing date for defendant ENGLANDER in this matter is continued from September 28, 2020 to December 7, 2020 at 8:00 a.m.  Counsel shall file their sentencing papers on November 16, 2020.

IT IS SO ORDERED.

July 24, 2020
DATE

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

CC: USPO/PSA; USM

Presented by:

_____
VERONICA DRAGALIN
Assistant United States Attorney

2