UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 20-35-JFW**                                             Dated: January 6, 2021

===========================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Court Reporter | Mack E. Jenkins |
| Courtroom Deputy | none present | Veronica Dragalin |
|  |  | Melissa Mills |
|  | Interpreter: None | Asst. U.S. Attorney |
|  |  | not present |

===========================================================================
U.S.A. vs (Dfts listed below)                          Attorneys for Defendant

1)   Mitchell Englander                                1)   Janet I. Levine
     not present on bond                                    not present - retained

PROCEEDINGS (IN CHAMBERS):          **COURT ORDER**

     In light of the continued closure of the First Street Courthouse, the sentencing hearing currently set for for **January 25, 2021 at 8:00 a.m. will be conducted by video conference**. The Defendant shall file a Consent to Video Conference/Telephone Conference on or before January 12, 2021.


CC: USPO/PSA; USM

Initials of Deputy Clerk   sr