| Exhibits to Defendant Mitchell Englander's Position Regarding Sentencing Index – Support Letters | | |
|---|---|---|
| **Exhibit A: Mitchell Englander Letter** | | |
| No. | Description | Exhibit Number |
| 1. | Mitchell Englander | A |
| **Exhibit B: Family Letters** | | |
| 2. | Jayne Englander | B-1 |
| 3. | Lindsey Englander | B-2 |
| 4. | Lauren Rachael Englander | B-3 |
| 5. | Andrew Bloom | B-4 |
| 6. | Harvey Englander | B-5 |
| 7. | John and Julie Carson | B-6 |
| 8. | Adam Englander | B-7 |
| **Exhibit C: Childhood Letters** | | |
| 9. | Marcia Schwartz | C-1 |
| 10. | Mark Hunter, M.D. | C-2 |
| 11. | Ed Krug | C-3 |
| **Exhibit D: LAPD Reserve Service Letters** | | |
| 12. | Mark Bliss Blizzard | D-1 |
| 13. | Sean Penn | D-2 |
| 14. | Sergeant-II Lawrence Bavaro | D-3 |
| 15. | Very Rev. Spencer T. Kezios | D-4 |
| 16. | Bernard Khalili | D-5 |
| 17. | Paul H. Burleigh, Esq. | D-6 |
| 18. | Steve Robinson and Janet Crown | D-7 |
| **Exhibit E: Co-Worker Letters** | | |
| 19. | Mille Jones | E-1 |
| 20. | Katherine Lettieri | E-2 |
| 21. | Douglas Tripp | E-3 |
| 22. | Pouria Abbassi | E-4 |
| 23. | Bree Breckenridge | E-5 |
| 24. | Ed P. Reyes | E-6 |
| 25. | Dr. Eugene Tseng | E-7 |
| 26. | David Thompson | E-8 |
| 27. | Phyllis L. Winger | E-9 |
| **Exhibit F: Community Service & Charity Work Letters** | | |
| 28. | Travis E. Parker | F-1 |
| 29. | Laine Caspi | F-2 |

| 30. | Jane Stanton | F-3 |
|---|---|---|
| 31. | Arnie S. Berghoff | F-4 |
| 32. | Victoria Bourdas Martinez | F-5 |
| 33. | Brian Hammel | F-6 |
| **Exhibit G: Neighbor and Friend Letters** | | |
| 34. | Carolyn Doherty | G-1 |
| 35. | Joseph Bongiovi | G-2 |
| 36. | Richard Katz | G-3 |
| 37. | Scott Meyers | G-4 |

# EXHIBIT A

### MITCHELL ENGLANDER

November 16, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, California. 90012

Dear Judge Walter,

My name is Mitchell Englander. I am married to my high school sweetheart Jayne, and together we are blessed with two remarkable adult daughters, Lindsey and Lauren.

This is likely the most difficult letter I have ever had to write. It is not just a letter accepting responsibility and sincerely apologizing to Your Honor, the prosecutors and the Agents and the Government for my actions; this is also a letter accepting responsibility and publicly and sincerely apologizing to my family, friends, and community.  I knew better, and I have no excuse for what I did and for breaking the law.

In my life, I have strived to recognize, accept, and learn from both my mistakes and my successes.  I have done my best to use my life experiences wisely in order to be a good role model for my children and my community.

I recognize, Your Honor, that my conduct that brings me before you for sentencing is serious and inexcusable. I can say in all honesty, however, that my actions that bring me before Your Honor are out of line with how I have lived for the last 50 years.

As I admitted in my guilty plea, I made false statements to the FBI. Looking back on my conduct, I am filled with shame. There is a wrenching pain in my chest that I feel and carry with me from when I wake up in the morning until I fall asleep at night.

I alone am responsible for my actions and there is nothing I regret more in my life. I will spend the rest of my life making up for it because it is both the right thing to do and what I need to do in order to regain the respect of my family and friends.

My destructive actions have caused immense pain for my wife and daughters, the very people I love the most. My situation has been and will continue to be publicly humiliating to them. I will feel the pain I have caused my family long after others

have forgotten about my actions.  I hope that fully accepting responsibility for my acts is the first step in lessening the harm that I have caused.

As I hope Your Honor will see, I have worked in the public sector since I was a young adult. I believe I have done good work in our community, and I will strive to continue to help others as I move forward with my life.

I am humbled and enormously grateful for the outpouring of support that I continue to receive from my family and friends, many of whom have written character letters to your Honor. I apologize to all of them and to the Agents that I lied to.

In closing, I promise you that this is the first and last time that I will appear as a defendant in this or any other court.  In sentencing me, I respectfully ask you to please consider the positive things that I have done for the community during my lifetime, my commitment to continue helping others, and to exercise compassion in your decision.

Very truly yours,

Mitchell Englander