# EXHIBIT B

[Public Redacted Version]

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

# FAMILY LETTERS

## Submitted on behalf of
## Mitchell Englander

# JAYNE ENGLANDER

July 15, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, California. 90012

Dear Judge Walter,

My name is Jayne Englander, and I am the proud wife of Mitchell Englander, one of the best men I have ever met. Together, we have raised two remarkable daughters, Lindsey and Lauren. We have a close household, and we are sticking together as always during this most difficult time.

This letter is to provide information to the Court's consideration on deciding an appropriate sentence for my husband, Mitch. I am aware that he has pled guilty to the charge of making a materially false statement to a Federal Agent and is scheduled for sentencing in December. I was in court with him when he plead guilty, as well as the other times he appeared in court. I intend to be with him when he is sentenced.


Mitch and I first met while I was a senior in high school in 1989 in Scottsdale, Arizona. We married on September 19, 1993, which was the wedding anniversary of both his parents and grandparents. In fact, we have been married six times. Mitch thought it would be romantic to renew our vows every five years. And, every five years he proposes in front of our girls, and we renew our wedding vows.

When I first met Mitch, I knew he was the one. We had a lot in common, with our similar childhood trials and tribulations, and we shared the same dream and goal, to be the best parents that we never had. We both had a strong calling for community engagement since we were both raised by local service and religious organizations.

I was homeless for the first time when I was 13 years old. My parents thought we could live a better life if we moved from our church funded home in a small town in Iowa to Phoenix, Arizona. Shortly after moving to Phoenix, when I was 15, my parents were evicted again from our rented apartment. After that, my father moved back to Iowa by himself and left my mother, three brothers, and my sister to fend for ourselves. I had to live the balance of my school years on a relatives' sofa or living in church housing. My father was never able to financially help once he moved back to Iowa, although my parents stayed married until he died in 1994.

In 1989, I was working my senior year in high school as a front office administrator at Emergency Chiropractic in Scottsdale, Arizona. Mitch was one of our physical therapy

1

patients, recovering from injuries suffered in a recent car accident. After months of therapy and becoming friends, unbeknownst to me, Mitch asked my supervisor, Dr. Patricia Zellers, permission to ask me out (since in my job, we were not allowed to date patients). Dr. Zellers was very fond of Mitch and made an exception, one that would positively change the rest of my life.

After our first date on May 18, 1989, we became inseparable. We spent 18 straight days together. ██████████ . This had a dramatic effect on Mitch, ██████████ He had been traveling every week to California to take care of her, and life was very difficult. Trying to balance college, working full time in his janitorial company, and keeping up with paying his mother's rent became too much. Mitch made a difficult decision to move back to California to live with his Uncle Harvey. This would be the only way for him to have a stable income and try and get through a very emotional time. We both traveled back and forth, exchanging weekends to see each other. Six months later, we moved in together in Huntington Beach and enrolled in Orange Coast College. We each worked two jobs so that someday we could someday afford to have our own home.

Sunday, November 13, 1994, we were awoken by a knock on the door. It was the Police Department informing us that Mitch's Uncle Michael had been shot in what appeared to be an attempted robbery. We were devastated. Mitch couldn't catch his breath. His Uncle Michael was the closest thing Mitch had to a father. Approximately 30 minutes after they left, Jerry, Mitch's sister's boyfriend called. ██████████

██████████

Because of these family tragedies, we knew we needed to be even stronger for each other. Mitch would always say, "there are people in much worse shape, and as difficult as things get for us, we need to help them too." He genuinely enjoyed volunteering and helping everyone. I, on the other hand, was always the pragmatic one about our family's foundation. And, if we were to get married and start our family, that we needed a firm footing, mainly because of our upbringing.

While living in Huntington Beach, we discovered that paying our rent and caring for his sister was more critical to our well-being and future than completing our education. We continued to each work two jobs and saved enough money to have a wedding. We were both eager to get married and start a family since neither of us truly ever had one. However, instead of a large wedding, we decided to purchase a condo and got married at a local park. We took great pride in using our own money to start our future rather than a one-day celebration for our friends and family.

2

Mitch talked a lot about the kind of father he wanted to be and how, no matter what happens, he would always put our family first. He wanted to be more than a parent; he dreamed of being a role model for his children and of becoming the perfect husband. I can tell you firsthand; he has lived up to those dreams.

Our first condo, which had over 635 units, had a Homeowners Association; and of course, Mitch was voted onto the Board of Directors and eventually became the President. He took that role very seriously. He took the time to communicate with all of our neighbors to help them understand how to protect their funds and improve our community. While traveling to care for Mitch's sister, we received a phone call that we lost our condo in a tragic fire. A neighbor's Christmas caught fire and destroyed 14 units. We had an infant at the time, and so we all moved into a hotel until we could re-establish a residence. It took about a year of moving around until we finally bought our first home.

Mitch was incredibly determined to give back to his community more than ever. He felt that the tragedies that happened in his life always happened for a reason. He would often say, "It's not what happens to you. It's what you do with it".  His positive attitude has carried us through our many challenges.

Mitchell's desire to become a Reserve Police Officer came as no surprise to me. After losing his Uncle from young gang members that shot him in the back, Mitch always wanted to do more; he wanted to work with at-risk-youth to make sure that they had an opportunity in life so that somebody else's loved one wouldn't end up the same way. And he was determined. In 1998, after lifting our daughter out of bed one night so I could sleep, he threw out his back. He had to have immediate spinal surgery, from which took months to recover and years to fully regain his strength.

In 2001, Mitch applied to the Police Academy. He failed the medical after they ordered an MRI of his back because of his previous injury and was instructed to go to physical therapy for another year and then try again. Mitch repeated this four times until he finally passed. For ten months, he rose at 4:00 am to run in the hills near our house to train for the academy, followed by long days working as the Chief of Staff. He went to the Academy 2 nights a week and every other weekend, both Saturday and Sunday. Studying every night, after the girls went to bed, became the new normal. Yet, no matter what type of tireless day he had, his priority walking through the front door was always his family. Quality time with our two daughters, helping them with homework, putting them to sleep by reading to them each night remained his priority. When I pinned the police badge on his uniform in 2005, it was one of the proudest moments of my life. He was honored to wear his police uniform and patrol our community, and as his wife, I was in awe of him for being "Twice a Citizen."

After graduating from the Police Academy (as President of his class), Mitch wanted to do more. So, he took on the volunteer position as the lead fundraiser to raise millions of dollars and build the LAPD Devonshire PALS Youth Center – not far from where his Uncle was killed. This has since become the most successful PALS Center in California. Volunteers and police officers work together and are committed to teaching youth leadership, integrity, and character in a safe environment and can attend after school programs.

After that, Mitch went on the help build a new Boys and Girls Club, expand the YMCA, helped to add 180 rooms to Holy Cross Hospital, and expand the emergency room. And so much more. I am afraid that if I share all the things that I am proud of Mitch accomplishing to give back and pay it forward, the importance of each contribution would get lost... And what I am most proud of, and what I can most directly speak to, is his sincere dedication as a husband and father. This is a man who has always done so much for so many yet remains grounded by always putting his family first.

As a family man, he loved to include his daughters in volunteering. Nearly every weekend, there was an activity from serving meals to seniors to devoting our family time during the holidays to passing out toys to less fortunate children or merely cleaning up graffiti in the neighborhood. And yet, he never missed a single dance recital, volleyball game, or school play for the girls. Every year, he and the girls attended YMCA father-daughter camping trips where they would come home to tell me about their exciting adventures and unforgettable funny stories. There was a reason Mitch's personal proudest achievement was when The National Father's Day Council nominated him and awarded Father of The Year in 2006.

This family that we have built as a unit is all I have ever known, and it is something I wake up every day feeling grateful. From being with Mitch since we were teenagers and longing for a better life, to raising two young women that have accomplished more than we could have ever asked for as parents, it has been the greatest fulfillment getting to be each other's lifelong partners.

Although we had each had challenging childhoods and experienced many tragedies, our lives together have been, in many ways, a dream come true. Of course, Mitch's matter before you has been mentally agonizing, financially worrisome, and painfully emotional. But we know that we will get through this, and we remain committed to each other.

During this Pandemic, and even with this criminal charge pending, Mitch continues to inspire me to get out of the house to volunteer. After all, "there are people in much worse shape and as difficult as things get for us, we need to help them too." Working with Meals on Wheels by delivering food to isolated seniors living in fear has been extremely rewarding for me.

To this day, even with everything we are going through, I remain proud of Mitch and his constant ambition for staying true to his values, morals, character, and willingness to repair his reputation.

Your Honor, I respectfully ask you for compassion. As Mitch's wife, know that with time we will get through this and come out stronger than ever before. I believe a sentence of probation with community service would be more beneficial to society and will allow Mitch to continue to do good in his community and continue to help so many others that desperately need it.

Thank you for your consideration.

Sincerely,

*Jayne Englander*
Jayne Englander

4

July 24, 2020

The Honorable John F. Walter
United States District Court
350 1st Street
Los Angeles, CA 90012

Your Honor,

A person's character is not defined by the mistakes they have made. Rather, what says the most about someone is what they pass onto others. My name is Lindsey Nicole Englander. My name was given to me by my father in honor of his mother, Linda Englander Bloom, who was the light of my father's life. My father changed his last name from Bloom to Englander to embrace his mother's maiden name out of respect for her ambition and independence as a single mother. This was the first time that my dad changed who he was to ensure a future for himself that he could be proud of. From a very young age, my father knew the type of parent he wanted to be as he learned first-hand who not to be. His father quickly abandoned his role as a parent and never invested time in his children's lives. Given my namesake, I feel a responsibility to uphold the values of the woman my grandmother was and the person my father has raised me to be.

As a kid, I remember each evening my dad would come home from work, hang up his suit jacket, greet the dogs and my mother, and all he wanted was to discuss mine and my sister's days at school. While his days were filled with meeting the needs of his constituents, the rest of his attention was reserved for intimate family moments. He never missed one of my volleyball games, even if he was one of the only parents in the stands with a suit and tie on. He sat in the front row at every one of my recitals. He regularly stayed up all night with me to help with my homework, red-lining my essays, creating study guides, and teaching me things sometimes he himself had to learn for the first time. He coached me for my public speaking classes. He was the hardest to say goodbye to when I left for camp every summer. I can't think of a single milestone that my father was not in attendance for, regardless of the nature of his schedule. He makes time for the things that matter.

When I was a rising senior in high school, I was incredibly passionate about starting my career in medical school at the University of Southern California. I was going to be the first family doctor. My dad was bursting with pride and told everyone he met. As I began navigating my college courses, I quickly realized that this career path wasn't for me. Rather than fearing disappointing my parents, I felt confident that their support would be unwavering. This gave me the strength to pursue a different path and enroll in a degree in marketing and photography. As expected, my dad made every effort to help me realize my new dream. He took me to buy my first camera and spent the whole day teaching me how to use it. I couldn't put it down. Fast forward to today, I am now the Director of the Photography and Videography Department at a leading marketing agency in Los Angeles.

While attempting to capture the essence of who dad is as a father and a husband is nearly impossible, I can provide a few key details that can lend as a comprehensive snapshot of the role he took on in my family. Every five years, my parents honor their relationship by renewing their

1

wedding vows - although their anniversary has always been a family celebration. Growing up, my household was always a safe place. When we inevitably had disagreements, it was a rule that we respected each other's opinions and made sure everyone felt heard and supported. The structure and rules implemented in our household were a direct reflection of the active ways in which my parents gave my sister and me a stable home that they never had, both of whom were homeless at different times in their lives. Having met at 18 years old, my parents embrace the people they have both agreed they would never become – their parents. They have committed and have never failed to protect my sister and me and give us all that their world has to offer.

A person's legacy is so much greater than the mistakes they have made along the way. Although these very mistakes may hold the greatest value in the lessons they teach and the opportunities they provide - but only if given the chance to make things right and show contrition. My father is a man of action. In the face of consequences for the mistakes he has made, I believe that if given a second chance to act with integrity through community service, there will be a net positive outcome. I am not alone in this belief.   So many people have been impacted positively by my father's service and his work.

Although my father has made a mistake in judgment and morality, this is a small crack in the statue of his heroism. On July 7th, 2020, the day that my father pleaded guilty to these charges, an LA Times reporter declared, "In some ways, Englander seemed like a politician who had wandered into the middle of someone else's corruption probe." I agree with that.  This is not the Mitchell Englander the world knows him to be. He is widely known for his story as one of winning over great obstacles, taking misfortune and transforming it into collective good.

My dad's biggest fear in life is disappointing my sister and me. Equally, my biggest fear in life is losing the relationship I have with him. A father's job is never over. As we age, our relationships evolve; yet, my need for his support and the feeling of safety that proximity to him provides is steadfast. He is a constant for me.

I have seen him repent over these last several months and ask for forgiveness from the people that matter most. Through this, our family has come to understand what it means to have your mistakes impact other people. And for my father especially, what his role in that mistake has meant to his life-long career accomplishments. It is only human to make an error in judgment, but nothing more can be asked than for that individual to improve going forward.

Sincerely,

*Lindsey Englander*
Lindsey Englander

# Lauren Rachael Englander

July 30, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

Honorable Judge Walter,

　　Please accept this letter as a character reference for my father, Mitchell Englander. I am aware that he has pleaded guilty to the charge of making a materially false statement, and I fully understand the implications of this. My name is Lauren Rachael Englander, and I am Mitchell Englander's youngest daughter. I am writing this letter in hopes to shed light on my father's character as I can attest to from my 21 years of experience. Many people know my dad as the public figure that sat on City Council for seven years, the LAPD reserve officer who served for 15 years, or the resident who worked tirelessly to give back and improve his community for the past 30 years. To me, my dad as the person who brought me waffles in bed every day, stood on the sidelines of all my cheer tournaments in middle and high school, helped me with all of my homework including my college admission essays, and is the reason I am the person who I am today.

　　I hope this letter offers you a greater understanding of my father's extraordinary character and consider all the good he has done when considering an appropriate sentence. I respectfully ask for your compassion and kindness when evaluating this tough decision that will gravely affect my family, and I thank you for taking the time to read this.

　　Growing up, my father did everything he could to give my sister and me the childhood he never had. The kind, humble, loving, and devoted father he turned out to be was a direct reflection of the father he never had. My dad's upbringing was far from easy, yet he never allowed his abusive and traumatic childhood to impact the person he wanted to become. He, instead, grew from his tragedies and decided he wanted a different path for himself and his family. He was always putting my mother, sister, and me on the top of his priority list. ███████████████████████████████████████████████████████████████████████████ There is not a single time I can recall where my dad told us he couldn't help us, didn't have time for us, or wouldn't be there. Even when running large meetings, he was renowned for never

refusing to answer a call if it was from my mom, my sister, or me. He is known for being a devoted family man, as he has always found a way to take care of us.

As a kid, I always viewed my dad as a celebrity or superstar. Everywhere we went, people would stop us in public to tell my sister and me what an amazing person my dad is. It was always touching to hear people tell me he was "one of the good guys" and how trusting he is as a leader. I received kind words about him from strangers daily. No matter where we were, whether it was in our community or traveling in the middle of Israel (yes, this happened), he would get recognized. People would approach him, not just because he was an elected official, but because he was known for being the kind person who would go out of his way to help strangers every day. Once, while eating at a local restaurant, a couple walked up to our table and said, "Hey, we recognize you. You are the police officer who saved our home with a garden hose when it was on fire!" They were not even aware that he was their Councilman.

The person he was in meetings, on the news, and at events was the same charismatic and selfless person who walked through the front door every day with a smile on his face, no matter how difficult his day was. He even had an unspoken rule where he would "leave it at the front door before walking in." He truly is the most amazing dad, which explains why he was chosen as The Father of the Year Award in 2006 by the National Father's Day Council.

My whole life, I have always been incredibly proud and amazed at what my dad can accomplish. He dedicated so much of his life to giving back to his community and wanting to be the best person he could be. My dad is by far the most giving, moral, and selfless person I have ever known, and don't just take my word for it but consider his long track record of accomplishments, projects, and actions. What a lot of people don't know is that he pushed himself coming from a place of wanting better for others than what he had. He didn't want children not to have a safe place to go after school like he did growing up, so he created and built the PALS Center, the Boys and Girls Club, the San Fernando Rescue Mission, and expanded the YMCA. He didn't want anyone else to have to endure the pain of losing a loved one the way he lost his sister, so he fought to expand Providence Holy Cross Hospital, and then joined their board of directors. He helped the growth of Northridge Hospital to add much-needed services and helped get a helicopter landing pad built at West Hills Hospital. He even helped save people at a train accident while it was still on fire. He always stopped at traffic accidents to help the victims, no matter where we were going or how late we were running. My father is more than a contributing member of the community. He has always been a leader of it.

The news of the court proceedings came as a shock to my family and me. Our world, as we knew it had completely flipped upside down. My whole life consisted of family members referring to my dad as "one of the good ones" strangers telling me my dad was a real-life angel because of what he's done for them, their families, or their business and my

sister and I look up to my dad as someone who could never do wrong. It was difficult to learn my dad broke a law and left people questioning his morality, despite the life-long efforts proving his excellent character and unique selflessness. Throughout this process, I have watched my dad face these proceedings with grace, humility, and honesty, and I know he will continue to do so. My father wants nothing but to make amends for the mistakes he has made and will be harder on himself than any punishment given.

Over the last few months, I have been living at home with my parents due to the pandemic, when I usually would be away in school at the University of San Francisco to continue my Jesuit education and earn a college degree. During this time, I have watched my dad go through the toughest uphill battle he has had to face, starting with him losing his business and his income. Helping my dad clean out his office and throw out his many box loads of awards, trophies, and certificates from over 20 years' worth of achievements because he felt he no longer deserved them while we all cried together. But he thought it was the right thing to do. This was one of the hardest moments of this experience for me. I bring this to your attention, not for sympathy, but to reveal how hard my dad has been on himself and how seriously he takes this. My dad hasn't been jobless since he was 11 years old, on top of the timing of the stay at home orders from the pandemic, these last few months has brought my dad nothing but time to sit on his thoughts and review his mistakes, all while enduring public humiliation. Because of this, I do not think imprisonment would benefit him in any capacity. He has even taken it upon himself to seek spiritual guidance regularly to help him take the necessary steps in moving forward. He has taken it a step further than most by volunteering with Meals on Wheels during this pandemic because he said that people are doing much worse than us, and they need our help.

Your Honor, I ask you to please not make this decision solely on this isolated and out of character incident, and instead, consider his life-long actions of proving himself an outstanding father, husband, police officer, and member of the community. Punishing my father to any imprisonment sentence would mean overlooking the last 30 years of his life and who he still is today, as well as the last several months he has spent attempting to make amends while enduring public humiliation. He is my rock and the glue that holds my family together. I know with our support, he will continue to show his remorse, and if given the opportunity, to restore his good character.

Thank you for your serious consideration.

Respectfully,

*Lauren Englander*

Lauren Rachael Englander



# ANDREW R. BLOOM
### Realtor®

July 20, 2020

Honorable John F. Walter
United States District
350 W. 1st Street Los Angeles, CA
90007 Los Angeles, California 90012

Your Honor,

I am Mitchell's biological brother. We are fifteen months apart. Mitch and I were born into a family of very little means. We were raised with government assistance. At an early age if we wanted to go to school, we had to get there ourselves. If we wanted to eat, we had to figure out where and how to obtain food. Fortunately, Mitch was part of the Big Brothers organization where he was matched with a male mentor. While this didn't replace the Dad Mitch never had, it planted early seeds that grass roots community intervention was the key to helping disadvantaged kids live a somewhat normal life. These early childhood experiences were very significant to us. All three siblings went into social services. Our sister was a Head Start teacher. I have a bachelor's degree in Social Work, and I have spent the last 30 years as a housing advocate. Mitch chose a life in civic service where he was able to create real community change. Mitch's list of accomplishments in the community are lengthy and significant. Mitch has changed the cycle of poverty for thousands of children and families in the San Fernando Valley, where we grew up.

Mitch has always been ethical, honest, caring, and committed to public service. Serving as an LAPD reserve officer for 15 years was something Mitch did because he wanted to be on the front lines serving the community due in part because we lost our Uncle in an apparent gang robbery that spun out of control and ended in him being shot and killed.

As a City Councilman, Mitch was an advocate for the community he served.

Mitch has been married for nearly 25 years. He and his wife Jayne have raised two extremely conscientious daughters. Lindsey, the oldest, has graduated from USC and is working to help small businesses in the community. Lauren, the youngest, is currently attending college in San Francisco. In 2006 Mitch was honored by the National Father's Day Council and the American Diabetes Association as "Father of the Year".

Mitch's life has been devastated by the events that currently surround him. His guilty plea not only stripped away his civil liberties, but everything he has fought for his entire life. Mitch has only wanted to do good and to be a role model for others to follow. Up until the events that took place, I have never known Mitch to make an unethical decision. Mitch never used his authority or position of power to wrongly benefit any individual or organization. He was known for saying no more often than he said yes. His core values have always been about doing the right thing all the time under any circumstance. He has devoted his life to helping others. He has been completely unselfish since the day he came into this world! He has brought joy, love, laughter, and value to each of his relationships.

Mitch has been a model friend, sibling, and family man. No matter what he had going on, he would always make time for deep discussions, intimate conversations, and to help anyone in need. The entire City of Los Angeles became his extended family where he spent nearly his entire adult life serving the people of Los Angeles, starting at the very bottom. He made his way to the City Council because he stood on his integrity and moral poise. Mitch was always the dependable Council member, in and out of the chamber.

Mitch was also an advocate for change, the voice to those less fortunate, and the man who would see to it that the children in Los Angeles had equal opportunities to become healthy contributing members to society.

Being Mitch's older biological brother was easy, although often times I felt like he was the big brother. His moral compass, deep compassion for others, and ability to do the right things were always values I admired. Devoting his life to public service was all he ever wanted to do. I believe Mitch can do more good now as a result of this experience. While we don't know yet what that is, everyone knows Mitch will continue to be a positive agent of change for the community. Mitch does not deserve jail time. He is already serving a life sentence for doing what he did. His life will never be the same. He has already been punished by his actions and now it's time to allow him to heal and to put his efforts once again into helping others.

I would encourage you to look at the long list of Mitch's accomplishments. Also look at his record. He has maintained an impeccable record in public service and has established numerous resources that will forever change the way emergency services are delivered to the residents of Los Angeles.

Mitch has saved and changed millions of lives in the community. His legacy is already ruined for a temporary lapse in judgment. It would benefit the community at large if Mitch were to be sentenced to probation with extensive community service so that he can once again utilize his passion for helping others.

With respect and gratitude,

Andrew R. Bloom



July 16, 2020

Honorable John F. Walter
United States District Court
350 West First Street
Los Angeles, CA 90012

Re:  Mitchell Englander

Dear Judge Walter:

I am Mitchell's uncle. It would be easy to discount the opinion of someone who held Mitch in my arms on the day he was born but I have been part of his almost 50-year life personally and professionally and I hope that my insight has some value.

When Mitch called me on the morning he surrendered, I was devastated. His making a materially false statement to a federal agent, for which he has plead guilty, is an aberration to how he has lived his life.

Mitch faced major challenges throughout his life.
- His father abandoned his family when Mitch was very young. Mitch is the youngest of three. ███████████████████████
- ███████████████████████
- Mitch's uncle, my brother Michael, was murdered in a robbery in 1994. He was 50 years old.
- ███████████████████████

Mitch was very close to my brother who was in many ways a surrogate father for Mitch and he devoted himself to making Natalie's life as meaningful as possible. Any one of these events would have crippled many people, but Mitch's inner strength caused him to seek a life where he could have a positive impact on the community.

When my sister died, Mitch was living in Scottsdale Arizona where he had started a janitorial company with a friend. He could no longer afford to attend college. I asked Mitch to move in with my family in Orange County and come to work at my small public relations agency. His growth was spectacular. Soon after he married his long-time girlfriend Jayne, and they have been married for 26 years and have two amazing daughters.

As Mitch grew professionally, he also grew in the community. Because of his mother's challenges, Mitch became involved in efforts to bring healthcare to underserved communities. The pain of his uncle's murder was the determining factor for Mitch to become a reserve police officer. At a time when young families are focused on family activities, Mitch <u>added</u> his community endeavors to his already busy life.

Mitch gave up a lucrative career in public relations and public affairs to become Councilman Greig Smith's Chief of Staff so he can spend more time helping people in need and then 8 years later to succeed him on the City Council where he served for 7 years.

While there is no excuse for Mitch's unlawful act, I hope that you will consider punishment consisting of his providing continued service to the community. Mitch can provide services to community organizations that is invaluable, especially during this historic and challenging times.

Mitch fully understands the consequences of his unlawful act. The loss that Mitch has incurred goes beyond the reputation he earned doing good deeds. As a convicted felon, many professional opportunities will be lost to him and he will need to find a new profession that is far afield from what he has done throughout his adult life.

Finally, spending time in prison will not just be devastating for Mitch and his entire family but it will also be a lost opportunity for the greater community. I hope that you will consider a sentence that balances his being able to repay society for his action rather than just punishing him through incarceration.

Thank you for your consideration.

Sincerely,

Harvey A. Englander

July 15, 2020

The Honorable John F. Walter
United States District Court
350 West First Street
Los Angeles, CA 90012

Re:     Mitchell Englander

Please accept this joint letter, from John and Julie Carson, as a character reference for our nephew, Mitchell Englander. We are aware that Mitch has pled guilty to the charge of making a materially false statement to a federal agent and is scheduled for sentencing in the United States District Court in Los Angeles in the near future. This letter is submitted for the Court's consideration in deciding upon an appropriate sentence.

Mitch became our nephew by marriage when he married Julie's niece, Jayne, in 1994. Mitch and Jayne have been happily married for nearly 26 years. Together, they are parents of two beautiful daughters, Lindsey and Lauren, now young adults. Mitch is a dedicated husband and father. We like to think that we perhaps served as role models, in that we have been married for 54 years, and raised two daughters in the process. Our lives, much like Mitch and Jayne's, have been spent working hard and concentrating on raising our family. John served four years in the Marine Corps, and thereafter served thirty years as a Deputy Sheriff for the Orange County Sheriff's Office, retiring as a sergeant in 2002. John then worked as a labor relations representative for the Service Employees International Union (SEIU). Julie worked as a paralegal for more than forty years. We are both fully retired now but remain active. John especially with his involvement with the local post of the Veterans of Foreign Wars (VFW) and heading a Safety Team for our church, comprised of active and retired law enforcement personnel. We both serve on a steering committee for a group within our church for those who are age 55 and older, and Julie is a mentor mom for Mothers of Preschoolers (MOPS).

We are extremely proud that Mitch is part of our family. He is hard working in his efforts to provide a living for his family, and absolutely earnest in his desire to serve and do good for his community. He was tireless during his years as a City Councilman. He continually amazed us with his energy and enthusiasm for his many projects and what he was able to accomplish, in spite of at times being the lone voice of dissention on an issue. He lived up to his image as being "one of the good guys". His actions matched his rhetoric, and the proof was in his accomplishments for his district. In addition to his duties as a Councilman, Mitch dedicated his time as a reserve officer for the Los Angeles Police Department. He was very proud of having the opportunity to serve in that capacity.

As a family man, Mitch is dedicated, loving and self-sacrificing. He is very proud of his wife Jayne. He likes to express his admiration for Jayne by saying, "I married up". And he beams with pride for his daughters Lindsey and Lauren, both of whom are lovely and accomplished young women, Lindsey having graduated with honors from USC, and Lauren doing well at the University of San Francisco. Their family unit is one to be admired. They love and support each other, and love being with each other. We have watched as they have stood closely together through these past months, drawing from the strength of their bond and dedication to family. They are in this together and will endure what comes from it with their love and respect for each other intact.

We respectfully ask the Court for compassion in the sentencing of Mitchell Englander. Mitch is aware of the gravity of his actions with respect to the events that are at issue and deeply regrets his lapses in judgment that brought him to this place. Mitch acknowledges his wrongdoing.  He has spent the past months thinking about and healing from the shock of his situation.  In our conversations with Mitch he appears humbled and apologetic, but also optimistic for his future. He has been quietly going about daily life with his family, and has also been working hard to retain clients for whom he does consulting work. There is no doubt in our minds that Mitch will successfully redefine his future if he is allowed the opportunity to continue his efforts uninterrupted by a sentence of incarceration. He is trustworthy and has a strong work ethic and determination to succeed.

It has always been Mitch's top priority to provide a good life for his family. While Jayne has worked from time to time throughout their marriage, Mitch has been the primary and often the sole bread winner for the family. Mitch is also the Solid Rock of the family, the one to whom immediate and extended family members turn for help or counsel. It would seem that a sentence of probation with community service, in lieu of prison time, would be the most appropriate in this case in that it would allow Mitch to demonstrate his remorse while still being present for and providing for his family.

Thank you for your consideration in this matter.

Respectfully,

# John & Julie Carson

John and Julie Carson

July 29, 2020

Honorable John F. Walter
United States District Court
350 West First Street
Los Angeles, California 90012

Dear Judge Walter,

Mitch has been like an older brother to me my entire life. As my older cousin, he was always the person that I could look up to. When my parents got divorced, Mitch and (most times) his wife Jayne would drive me and my brother back to Palm Desert from Orange County to drop us off every other Sunday night.  During these trips, which occurred for years when I was between the ages of 12-14 gave me time with someone who helped me through what was a very troubling time for me.

When I had no one else to talk with about what was going on in my life and my parents, I could talk with Mitch. Mitch took me to my first real concert when I was 13, spending the whole day with me and introducing me to something special that has become a very important part of my life. When I wanted to learn to play the drums, Mitch gave me his set for my Bar Mitzvah, which I played for years. At a time where it felt like I didn't have any looking after me, I felt that Mitch took that role.

Over 10 years ago when I decided to switch careers to go into public affairs and campaigns with my father, Mitch was the first person I spoke with. His insight, experience and honest assessment is what allowed me to make the very large leap into a new life. His years of experience working with my father (his uncle) gave him a perspective that only he could share with me and reassured me that it was the right decision. I credit Mitch with giving me the courage to make this huge life decision.

I feel like I have known Mitch's wife, Jayne, almost as long as I have known Mitch. They have been in love for as long as I remember and have one of the best relationships that I have seen. In a family that has numerous divorces and breakups, their commitment to each other gives the rest of us hope. Together, they have raised two of the best young women that I know. I've been lucky to spend time with both of them as adults and see how they have taken on the best aspects of their parents.

When I first heard about Mitch's arrest, my first thoughts went to Jayne, Lindsay and Lauren and making sure that they were ok. I have not met a more close-knit family – a family that is always there for each other and seems to truly enjoy each other's company. I don't believe that they have spent that much time over the past twenty-something years when they weren't together. The separation that would be caused by Mitch's imprisonment would have a large

effect not just on Mitch, but on Jayne and the girls. Although they are strong, I know that any time that Mitch was away would be extremely difficult.

The Mitch Englander I know came from a very tough upbringing, in a family marked by a large amount of tragedy. Mitch, who just turned 50, will now be older than his mother, his uncle and his sister when they died. Mitch has taken the pain and channeled it into helping others. He has given his life to public service over the past two decades and has really fought to do good.

None of this excuses what Mitch did. I am, for lack of a better word, disappointed. I know that the hurt that Mitch has brought upon himself and his family pains him every single day. He knows and admits that he was wrong. He knows that he has let down his family, his friends and me and knows that he is going to have to work that much harder when he is on the other side of this to regain the trust and respect that has been loft.

I know Mitch. I love Mitch. Mitch and his family should be allowed the opportunity to fix what he broke. That is why I ask that you please be lenient when considering the sentence for the crime Mitch admits to having committed.

Sincerely,

Adam Englander