# EXHIBIT C

[Public Redacted Version]

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

# CHILDHOOD LETTERS

## Submitted on behalf of
## Mitchell Englander

Exhibit C
Page 58

July 24, 2020

Honorable John F. Walter
United States District Court
350 West 1st Street
Los Angeles, CA 90012

Honorable John F. Walker,

I am writing this letter on behalf of a valued friend and member of our family, Mitch Englander. Our families have a relationship that spans more than four decades. We have shared our lives together, the ups and downs.  Mitch, Jayne and their daughters are part of our extended family and they truly mean the world to us.

I first met Mitch through his older sister, Natalie as she became close friends with my daughter Lisa in middle school.  While Lisa was very social and had many friends, my youngest son, Mark had just a few friends, mostly those in close proximity, on our street.  I was delighted when the girls introduced their two younger brothers, Mitch and Mark, and began taking them places together, like the beach.  Soon Mark and Mitch were the best of friends.

It was not long into their friendship that I began to understand the difficulty that Mitch was facing in his home life.  His father was no longer in the picture and his mom had difficulties raising the three kids, of whom Mitch was the youngest.  With the two boys inseparable, Mitch was spending more and more time at our house, and would often be present around dinner time. He was so appreciative to join us and was always very polite and a welcome guest at our table.

During particular rocky times, Mitch would stay for days and even weeks. When things at home became unbearable, he moved in.  He was witty, intelligent, kind, humble and appreciative and as such his presence was an asset to our home and our family.  He encouraged Mark to be kinder and more respectful, and together, they took on constructive tasks like learning to play musical instruments, find jobs, and progress socially. They would watch out for each other, keep each other out of trouble, and that they would, in their own ways, become successful in life.

I can say, without reservation, that I have been and continue to be extremely proud of all that Mitch has accomplished. I have lived nearly all my whole adult life in the San Fernando Valley. I am a retired Special Education Teacher and belong to an honorary teachers' organization. Many of my closest friends live in Mitch's former district. I kept hearing from them that Mitch did a tremendous amount of good for our city and for our small section of it.  As his pseudo-adopted mom, I shared in those accomplishments with pride as my friends would recount what great work Mitch was doing for the people of this city.

Mitch provided mentorship for two of my grandchildren, who have both gone on now to excel on their own paths. But with the generosity of his time and the kindness of his spirit, he inspired them in ways that will last a lifetime. My younger grandson remains very interested in public policy and will likely follow in Mitch's footsteps as he explores a career in politics and public service.

Exhibit C-1
Page 59

I hope this letter is useful to you. There can be no way for me to convey or even to understand the impact that Mitch and his Presence have had on my family and on my life. I hope that those of whom this letter is directed see a side of Mitch that I have known for nearly half a century, a kind, grateful, loyal and brilliant man with a heart of gold an ands altruistic spirit.

Thank you,

*Marcia Schwartz*
Marcia Schwartz

Exhibit C-1
Page 60

# MISSOURI CENTER FOR GYNECOLOGIC ONCOLOGY

*University of Missouri-Columbia*
*Department of Obstetrics, Gynecology and Women's Health*

**DIRECTOR**

Mark Hunter, MD

**GYNECOLOGIC ONCOLOGY**

Mark Hunter, M.D.

**COORDINATOR**

July 23rd, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Walter,

I am writing this letter on behalf of my oldest and dearest friend, Mitchell Englander. It is a privilege for me to do so, as you will soon come to understand how fortunate I am to have such a friend, and indeed a brother in Mitch, and how that friendship has shaped my life since childhood.

Currently, I serve as the director of women's cancer services at the Ellis Fischel Cancer Center, and the chief of the division of gynecologic oncology at the University of Missouri's School of Medicine. I spend my days performing robotic surgery and managing medical and biologic therapies for many of the women in our state. I have managed more than four dozen cooperative group trials and started many of my own trials to investigate new therapies and techniques in women's cancer. It's hard to understand the influence Mitch has had on me, or to understand what part he may have played in my upbringing and development. I can say, without reservation and with fond retrospection that I absolutely would not be in the position I am in today, nor would I have such attributes as an innovator, were it not for the last four decades with Mitch as my closest friend, loyal ally, and cherished brother.

Mitch and I first met through our sisters, who had become friends in middle school. To say that I was shy and introverted would be an understatement. I didn't have many friends and I didn't have much to offer being as soft spoken as I was. Along came Mitch, a charismatic 12 year old with a fantastic sense of humor and a surprisingly positive outlook and disposition. I would come to know that his demeanor did not match his challenges, as his home life was a tumultuous one. Our chemistry as the quiet one and the outgoing one just worked, and we became the best of friends almost instantaneously.

Where we differed in personalities and home life, we found similarities in our interests in technology, innovation, and entrepreneurship, and we began to explore our emergent synergy, even at the ages of 15. Together we began innovating, inventing, designing, and prototyping products that we found identified with and filled pain points in human daily life. We planned to move away from home and to start a business together as soon as we reached adulthood. We both found jobs in high school and began to save our money for our next big adventure.

At the age of 18, and with no help from anyone other than each other, Mitch and I moved to Phoenix, Arizona and started our janitorial and carpet cleaning business. We had saved up enough money to buy two trucks and the equipment we needed to succeed on our own, and that's exactly what we did. Even in those days, Mitch demonstrated an extraordinary sense of altruism. He was the face that our clients would know and trust. He was kind, reassuring, and he never failed to go the extra

Exhibit C -2   Page 61

mile to ensure that our clients would feel well taken care of. He wasn't just talented in his ability to provide reassurance. He was and is the hardest working person I know. In business, in family, and in friendship, Mitch will give you the shirt off his back, his last bite of food, or his last waking second to help, no matter what the situation, or how deserving the recipient may or may not be.

Mitch and I built a business together, developing and maintaining a loyal client base, and inventing, building, and testing the first PC controlled human-telephone interface system. We encouraged and supported each other in work, in education, and in our personal lives. We ran the business together for several years, eventually selling it off to pursue what would become our careers. Naturally, I was devastated when Mitch came to me with the news that he would be leaving Arizona and heading back to California to pursue his dream, and invest his time, talents, and experience in the area of public policy and public service. While I was so very sad to lose my best friend and partner, I knew, without question, that he would go on to do great work, and would magnify the selfless dedication he had shown in our small community onto a greater, deserving, and needy population in our native state.  When he left for California, I enrolled in college full time and, following Mitch's lead, made the decision to dedicate myself to public service as well.

Mitch and his spirit of giving, self-sacrifice, and work ethic are with me today, and his voice and commitment are in every interaction I have with patients and their families.  I believe we are a product of all of those people and experiences we have encountered throughout our lives. The script of my life is profoundly interwoven with Mitch and his love, kindness, and generosity. My personality, my work, my strength, and my home life are all influenced by his presence. Our children know each of us as uncles, and each other as cousins. To this day, I quote Mitch and his words of wisdom to my family, friends, and even patients. He is a profoundly thoughtful and intelligent person.

It's impossible to say who I would be had I not have had the good fortune of that chance meeting with Mitch so long ago, and the lifelong friendship that followed. However, I do believe, with all of my heart, that I would not be the person I am today.  I would be someone else, someone who's tapestry lacked the golden thread of friendship with a man whose dedication to others and insistence and persistence to do good to others is his primary motivation for waking up each day.

Words could never adequately describe a lifetime of love, friendship, and experience, as Mitch and I have traveled through life together.  It is my most sincere hope that Mitch will find kindness and generosity as he passes through these most difficult times, having given so much of the same to others. Please do not hesitate to contact me if you have any questions or would like to speak about the things I have written here, in more detail.

Thank you so very much for your time and consideration.

Mark Hunter, M.D.

Director, Division of Gynecologic Oncology
Ellis Fischel Cancer Center
University of Missouri

Exhibit C-2 Page 62

July 24, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

Your Honor,

My name is Ed Krug, I am 64 years old. My lifetime career has been focused on direct mail, now digital marketing and I have served as VP of Strategic Services at InfoGroup for nearly ten years. In addition, I'm a member of the International Association of Approved Basketball Officials (IAABO) and the Cardinal Basketball Officials Association (CBOA),-and have been a high school basketball referee for more than twelve years. I have a devoted relationship with my domestic partner and she and I live in McLean, VA. I have three grown daughters, two are school teachers and one is a celebrity publicist in Los Angeles.

I've known Mitchell Englander since 1984. At the time I was living in Canoga Park, married, and working at MCRB, a data compilation company. I decided to participate in Jewish Big Brothers of Greater Los Angeles. After a few interviews, I was matched with Mitch.

Mitch was 10 years old and we spent about five hours a day together every other weekend for two years. We went to amusement parks, museums, ball games, and the Mall. Sometimes he would come over to my house and we would just hang out and talk. Mitch had a very curious mind and was eager to learn. During that time Mitch I developed a very close relationship. He was a sweet, kindhearted kid.

In 1986, I moved to the east coast, and Mitch and I lost touch until re-acquainting with each other via Facebook in 2009. At that point, we reconnected via email, text, and periodic phone calls. When Mitch came to Washington, DC we would always try to connect. And, once we reconnected, it was like old times.

The last time we saw each other face-to-face was at a political fundraiser gathering he held in Washington, D.C in 2016. I was touched and honored at the gathering because he acknowledged our relationship and the impact it had on him growing up.

In reconnecting, I learned that Mitch was chief of staff for a LA County Councilman. I started to learn more about Mitch's role in several projects – raising money annually for LAPD, arranging charity fundraisers, but most impressive was what he did for his community and district. He built community centers, facilities to help under privileged kids. I know he took great pride in giving back and accomplished many important and worthwhile endeavors.

I cannot begin to imagine the toll imprisonment would make on Mitch, his marriage and his family. I believe he is the sole provider for his family. I also believe he has so many attributes that would be better applied to serving in the community and would be a far better benefit to society. Especially during the COVID 19 pandemic, any time in prison presents health risks which could exact too great a toll.

I know Mitch is someone who wants to do the right thing. I hope he will be given a second change to get back on the right track and accomplish great things for his community.

Sincerely,

Ed Krug

Exhibit C-3
Page 63