# EXHIBIT E

## [Public Redacted Version]

REDCATED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

# C0-WORKER LETTERS

## Submitted on behalf of
# Mitchell Englander

July 17, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Walter:

It is imperative that I write this letter on behalf of Mitchell Englander. I have known Mitch since he was about 25 years old. He is a dear friend, a former boss and a man worth fighting for.

Your Honor, I am asking you to have compassion on Mitchell Englander when you consider an appropriate penalty for the charge against him, of which I am aware. He made a serious mistake and realizes how foolish it was. Who has not erred in judgment at some point in their lives? But it is the mark of a truly remorseful individual who humbly takes responsibility for his wrongdoings and learns from his mistakes. I know Mitch is that individual; he is sincerely penitent and ashamed of his actions. Mitchell Englander is a brilliant, caring and hard-working man who has given so much to his community and the greater Los Angeles area for as long as I have known him.

I first met Mitch when I was Director of Public Affairs for the Southland Regional Association of REALTORS. He assisted our Association with a political campaign that resulted in a successful outcome for the membership and enhanced REALTORS' image in the community.

Later, when I worked as Senior Deputy for former Los Angeles County Supervisor Michael Antonovich, Mitchell Englander became the Chief of Staff for former Los Angeles City Councilmember Greig Smith. For years, our paths crossed constantly at community events and while working on county and city related issues.

I retired from Supervisor Antonovich's office in June 2011. ███████████████ ███████████████████████████████████████████, I found myself back home in Santa Clarita and at a loss for something meaningful to do. It was in March 2013, that I received a call, completely out of the blue, from Councilman Englander's Chief of Staff asking if I would be interested in working on a part time basis for the Councilman. No pressure. I could set my own schedule, just doing the stuff I loved best – working in public service with nonprofits and organizations in District 12. In giving me that job, Mitch allowed me to come out of retirement and live a new dream.

Honorable John F. Walter
Page 2
July 17, 2020

Not many elected officials will hire a 66-year old aging lady, when they can hire young, energetic people, willing to work long, demanding hours. But Mitch and I had worked in close cooperation for our separate officials, and he was familiar with my background and knowledge of the community.

I am proud of the five years that I worked for former Councilmember Mitchell Englander and of the good deeds and service that we provided to the public. Wherever I went, this man's name was golden throughout the Valley and the greater Los Angeles region. Mitch was admired and respected as a caring and effective leader. I will be forever grateful for this opportunity that Mitch provided me.

To be honest, I'm disappointed and upset with Mitch for his lapse in good judgment over a mistake that will sadly leave a deep blemish on his otherwise outstanding record of accomplishments and strength of character. But I am not about to forsake him when the chips are down. He's always had my back and has been there for me and my family during difficult times. He deserves my loyalty. He showed that same understanding and compassion to all of his staff. He urged us to take time off when we needed to recharge our batteries in order to maintain good health and our emotional well-being. But when his own family had health issues, he never brought his worry or anxiety into the office. He still maintained a positive spirit. Even in his recent darkest months, he has been concerned about me and so many others regarding our health during this pandemic.

Mitch is a family man to the core. I know that he adores his wife Jayne, and his daughters mean everything to him. He and Jayne graciously opened their home to his Council District 12 staff on many occasions to share in camaraderie and warm fellowship. They both treated us like family and stayed connected in our lives. I recall many times when Mitch rushed to a hospital to visit a member of the community, sit with the family, or go to funerals.

Mitch has always used his authority and influence as an elected official to benefit the community, particularly residents who were not in a position to fight for themselves. He had a pulse on the community and understood what was needed and knew just how to leverage the resources to deliver core services and improve the quality of people's lives. Remarkable does not begin to describe this Councilman for whom I worked.

Honorable John F. Walter
Page 3
July 17, 2020


It was Councilman Englander who quickly mobilized support for the San Fernando Valley
Rescue Mission and led the rebuilding of an even better facility following their devastating
fire in 2014. Several years later, he and his staff raised funds throughout the community to
provide a second mobile shower that traveled throughout the San Fernando Valley for the
Rescue Mission, supporting the homeless.

It was Councilman Englander who initiated "Neighborhoods First" in order to tackle the
homeless situation in District 12. When addressing a group of conservative women one day,
someone asked if I could tell them what happened to the dilapidated RVs that were littering
and crowding their streets. Suddenly they were gone! I answered with two words: "Mitch
Englander". He introduced an ordinance and led a massive cleanup effort through the
neighborhoods and commercial areas, while hosting homeless connect days to deliver
resources and services to the homeless.

In 2008, I rushed to the scene of the Chatsworth Train Disaster in order to keep Supervisor
Antonovich informed about the rescue efforts. As I watched in shock at the first responders
bringing bodies off the train, I noticed a man in business attire with his sleeves rolled up
and wearing gloves, as he helped retrieve the bodies. When he turned to the side, I realized
it was Mitch Englander. Ten years later, it was Councilman Englander who organized and
led a community anniversary memorial service near the site of the crash. His deep
compassion and sincerity when he spoke to the families of the victims and the survivors
brought a sense of peace and reassurance to all of us.

I have to ask who would benefit by the incarceration of Mitchell Englander? Would it not
be more productive for our society to place him on probation and sentence him to
community service? He still has so much to give back to the world. His testimonials of
confession and remorse could make a huge impact on many of our youth who might learn
from his mistakes. His wise counsel could help others turn their lives around before it is too
late for them. No one knows the Northwest San Fernando Valley and the community's
needs better than Mitchell Englander.

Honorable John F. Walter
Page 4
July 17, 2020

I have always admired and respected Mitch. He motivated and brought out the best in people.

I know he will work hard to redeem himself in the sight of his family, friends, peers and all the many residents whom he represented and served for many years with great distinction.

Your Honor, I implore you not to take away Mitch's freedom. He has already paid a heavy price for his mistake and will carry this burden with him and his family for the rest of their lives.

I am grateful for your consideration in this matter.

Most sincerely,

*Millie Jones*

Millie J. Jones

███████████████
███████████████
███████
███████████████

# KATHERINE LETTIERI

███████████████

August 17, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Walter,

Mitchell Englander has always been a shining light in my and my children's lives.

As a single mother of 3 ████████████████████████ Mitch took a chance and hired me to work on his staff when there were plenty of more qualified candidates and was fully aware of my situation at the time. Furthermore, Mitch always treated me with respect while providing me the opportunity to excel in the rough and tumble world of city politics and constituent services. In addition to proving me a life changing opportunity, Mitch did so with kindness and genuine concern as to my well-being, a rarity I had never experienced. His door was always open to any questions or concerns either work related or issues having to deal with my personal life. He was more authentically active in the community then any elected or public official I had ever met, and I truly considered it an honor to work for him for a number of years.

Mitch went out of his way to nurture and support the people who worked for him. ████████
████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

I understand that sometimes good people do bad things, but Mitch is more than a good person. He is a loving, caring man who is plugged into the greater good and understands human suffering and unconditionally does more than most to help people.

I sincerely hope that you will take my story about Mitch and the hundreds if not thousands of other people who may not be aware that they can write you about their stories into consideration when making your decision. Mitch is a unique person who would much better serve society if not incarcerated.

Respectfully,

Katherine Lettieri

July 23, 2020

Honorable John F. Walter
Unite States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Walter:

My name is Doug Tripp.  I am a husband, father, and public servant.  Mitchell Englander is my friend.  He was my boss for over a decade.  I first met Mitchell in the Fall of 2006 when as Councilman Greig Smith's Chief of Staff, he interviewed and hired me to serve as a Council Deputy for Council District Twelve.  It was a job that has since turned into a career in public service, and I will always be grateful for the opportunity he provided me to be part of something that brings great meaning to my life – serving the people of the City of Los Angeles.

I understand the charge against Mitchell.  Before his plea, I didn't give the allegations much credence.  In the 11 years that I spent working with him, I knew Mitch to be a brilliant, tireless, and dedicated public servant.  I never saw any behavior from him that made me feel otherwise.

Candidly, after his plea, I felt and still do feel let down.  He broke the public's trust and I know that his considerable service to the City of Los Angeles and the Twelfth Council District - service that I am proud to have been a part of - will never be viewed the same way again.  More than that, my heart to goes out to his wife Jayne and his daughters.

Understanding the serious negative impacts his actions have had on his family, friends, and the City of Los Angeles, I am able to balance my disappointment in his lapse of judgement, with first-hand knowledge of his commitment to his family, friends, and the people of Los Angeles.

Mitchell is a devoted father and family man.  I watched as he elegantly balanced the demands of 24/7 jobs, Councilmember and Chief of Staff, with being a present and engaged husband and father.  His family was always his priority.  So much so that if Jayne or his daughters called, he would stop whatever he was doing, and answer their call.  It didn't matter who the meeting was with or what it was about, they always came first.  It is an example I try to live up to with my wife and daughter.

When you worked for Mitchell you became part of his family.  He always made sure that we were fairly compensated and that we took the time we needed for our families.  I still tear up when I think of the love and support he showed my wife and me ███████████████████████████████ ███████████████████████████ It was the hardest time in my life, █████████████████████ ████████████████████████ he encouraged me to be with them and to work when I could.

His care for people didn't end with his family and our team.  Mitchell has done more for Los Angeles families than anyone I know.  His support and work for the North Valley YMCA and its youth programs, the Devonshire Police Athletic League and its after school programs, and for people suffering from diabetes has had a positive impact on thousands of families.  As Councilmember he put community first, fighting for basic infrastructure investments while at the same time building community with events like

movie nights in neighborhood parks, holiday gatherings and giveaways, and youth programing like his "Making Movies That Matter" program that matched elementary thru high school students with professional film makers to create their own films.  As Chair of the City's Public Safety Committee, I watched him stand up to powerful interests and cut through entrenched bureaucracy to change policy to make Angelenos safer.   Mitchell was the architect of the plan that brought body-worn cameras to LAPD, making Los Angeles the first major city to require them.  Today, body-worn cameras just make sense.  However, seven years ago when he started his campaign for them it took brilliant strategy, dogged determination, and persuasive advocacy to do what he knew was right and convince others to be visionary alongside him.

Your Honor, I am asking that as you consider the appropriate punishment for Mitch, that you weigh his mistakes against all that he has done for his community and the City.  In my fourteen years of working for the City Council and observing its members, Mitchell's unique talents, energy, drive, and care set him apart.  He used them to do what others couldn't – bring positive change to the City.  Rather than giving him time, please require him to make amends by doing what he does best, using his considerable talents to benefit the community.  With probation and community service, he can start to repair the damage he has done.

Thank you for your consideration.


Sincerely,

*Douglas Tripp*

███████

███████████████

███████████████

████████████

██████████████



July 22, 2020

**Honorable John F. Walter**
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

**Re: Character Reference in Consideration of Sentencing for Mitchell Englander**

Honorable Judge Walter:

I am writing in regards to the Court's upcoming sentencing and decision on the case of Mitchell, "Mitch", Englander which will be before you for final determination. I sincerely hope that you will consider my experience with Mitch as a character reference for application of leniency, as appropriate, in your decision making process. I have known and interacted with Mitch for over a decade and since the start of his tenure as the Chief of Staff for Los Angeles City Councilman Greg Smith.  I have found him to be caring, humble, considerate and effective in his strive to better the communities that he served and represented.

In my capacity as first the COO and then the CEO of the Los Angeles Convention Center (LACC), I had the opportunity to engage with Mitch on many occasions in the context of the business, strategies and future of LACC. The budget and operations of LACC is under the auspices of the Mayor, the City Council and its Budget and Tourism Committees.  Based on the aforementioned I interacted closely with Mitch, especially throughout the envisioning and effectuating the Sports & Entertainment District which ultimately resulted in the revival of the tourism, hospitality and convention industry in Los Angeles and greatly contributed to the well-being of the city. While taking the time to understand the complicated business dynamics in play, Mitch consistently conveyed a sense of genuine care and concern for the impacts of our decisions on the community and in particular the next generation of Angelinos. For instance based on his recommendations we initiated a very successful outreach program to the area K-12 schools and brought many students to the convention center to participate in and learn from the multitude of events that we hosted. Mitch was adamant that elevation of our communities' youth, through the activities of the LACC, was of a higher priority than financial returns to the City. In support of the community, Mitch was also instrumental in supporting our efforts in organizing the largest annual Thanksgiving "Turkey Giveaway" in the City which benefited the neediest of our Los Angeles families. I found his authentic care and kindness for those less fortunate whether in wealth or health, quite impressive and something that I would want to emulate. Towards that end, Mitch encouraged me to join the Foundation Board of the nonprofit  Providence Hospital System where I ended up serving  alongside him on the Valley Area Board which



oversaw the philanthropic support for the Holy Cross, St Joseph and Tarzana Hospitals. The hospitals' mission is to be steadfast in serving all, especially those who are poor and vulnerable. During Board meetings I clearly recall that Mitch quite often would emphasize the need for improvements in health care drawing on his sister's tragic experience and the responsibility of all of us to do our part.  When in 2012, I was considering the opportunity to switch industries to lead the nonprofit Phoenix Houses of California in providing mental and behavioral health services and substance dependency treatment for the most vulnerable Californians, it was again Mitch who encouraged me to do so. He impressed upon me that the true measure of character and leadership is the extent to which you serve and support those in need. When I made the transition to serve the students of UCLA in my current capacity, Mitch continued to remind me of the role that we should play in preparing the next generation of leaders.

On a personal note, Mitch's amazing relationship with Jayne and his two daughters and them being the center of his universe was always part of every conversation that we had. He expressed a deep sense of care when talking about his family and how much he looked forward to spending more time with them. I am certain that above all, his feeling of deep remorse comes from knowing that he has let them down and that he has a long road to travel in order to bring things to balance. He has and will continue to have the repair of the relationship with his immediate family as one of his two top priorities. The other one being giving back to the community that he represented and rebuilding trust and relationships with all those that have believed in him.

Mitchell Englander is an extremely kind and intelligent individual able to focus all his faculties and energies in doing good. I believe that at a time of great commotion in our communities where we need good intentions and good actions to commingle, Mitch's experience and know how in serving constituents is best leveraged in doing community work rather than serving time behind bars.

Therefore with immense respect for the judicial system and your honor's judgement and based on my experience and assessment of Mitch's capabilities and convictions, I humbly request your consideration of a sentence that allows Mitch Englander to continue serving the community while staying alongside his family.  Your time and consideration is very much appreciated.

Sincerely,

Pouria Abbassi, P.E.
Executive Director and CEO

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, California 90012
July 24, 2020

Dear Judge Walter,

My name is Bree Breckenridge and I previously served as the Communications Deputy and Non-Profit Liaison for former Councilmember Mitchell "Mitch" Englander. I first met Mitch when I joined his team in 2015. During the four years in my position serving the Council District Twelve community, Mitch helped me grow as a professional and taught me how work closely with community members, non-profit organizations, local businesses, and various agencies.

While my title was originally only the Communications Deputy, Mitch took the time to get to know me and saw that I had a passion for helping others. In time, my title shifted to include working with non-profit organizations. Together, with Mitch's guidance, we partnered with the San Fernando Valley Rescue Mission, a non-profit organization that offers resources, support, and dignity to people experiencing homelessness, and started a mobile fundraising campaign for their Rescue SOS program. In total, we were able to raise over $26,000.00 in community funds to purchase a new state-of-the art mobile shower.

Over the years, I continually watched Mitch care deeply about the community he served; The people he met were more than his constituents, they were his friends, his neighbors, and his family. During the Aliso Canyon Gas Leak, the largest gas leak in United States history, Mitch helped to find a place to stay for the over 20,000 community members that were displaced from their homes. Even though the leak was out of his jurisdiction, he worked tirelessly to ensure everyone affected received the highest level of customer service, support, and needed information during such a difficult time. Further, when he found out that the memorial for the Chatsworth train crash was going to be all the way in the Metrolink Station in Downtown Los Angeles instead of in Chatsworth and that the memorial would focus on the advancements made in train technology instead of focusing on the community and family affected, Mitch decided he would host his own memorial. Survivors and family members of those lost flew from around the United States to attend and mourn with community members who ran into the carnage to help in any way they could. I later learned that Mitch was among the community members helping to sift through the wreckage.

As the Councilmember, Mitch often held outings and celebrations for staff and our families. Through work events and staff outings, I got to know his wife, Jayne, and his two daughters, Lauren and Lindsay. I've seen the dedication and love Mitch has for these women and can attest to their closeness as a family. In intense discussions and meetings, and at times, even on the council floor, I've watched Mitch drop everything when his wife and daughters were in need.

While working on the Council District Twelve staff, I learned and grew so much. I found mentors, role models, colleagues, and friends that I still speak to today. The bond we shared was different than any staff i've ever been a part of, and that was due to the leadership of Mitch Englander. I respected him and admired the fact that he read everything (except for the speeches and note cards I wrote for his events), and that he was always three steps ahead of his peers, constantly thinking about the repercussions certain motions would have if they were put in place. He cast his votes for the people he served and always came back to the community leaders whenever major community projects were in the works.

I truly believe that we are all human. At our best and at our worst, even the people we hold in the highest regards are not superheroes. We are prone to human error and we all make mistakes, often disappointing those we love and failing to uphold the promises we made. But our real test and the true testament of character is how we learn from our mistakes, how we grow from them, and how we strive to be better. Mitch made a mistake and disappointed his family, his friends, his staff, his colleagues, his business partners, and even more so he failed the San Fernando Valley community and the entire City of Los Angeles by not upholding the oath he took as a reserve officer and an elected official. His mistake has cast a scarlet mark on the work he's done during his time as an LA City Councilmember and is documented in the papers, in the eyes of community leaders he works with, and in his name. Knowing Mitch, he'll carry that guilt and learn from it every day of his life. I believe that is punishment enough, not only for himself, but for his wife and daughters as well. Further, I believe that Mitch's time and sentence would be better served by allowing him the opportunity to give back to the community he failed through community service in lieu of a prison sentence.

Thank you for your consideration. If you have any further questions or require additional information, please do not hesitate to contact me below.

Sincerely,

Bree Breckenridge
███████████

July 29, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Walter,

Given my long-time friendship with Mitch, I write this letter with a sense of disappointment and frankly dismay of Mitch's actions given his guilty plea to making a materially false statement to a Federal agent.

A retired Los Angeles City Council Member representing District 1, I termed out in 2013. As a public servant, serving the City for 24 years, I have known Mitch for 17 years. Currently, I serve as Executive Director for River Los Angeles, a non-profit organization focused on revitalizing the Los Angeles river and its neighboring communities by leveraging private resources with the philanthropic and government sectors.

I grew up as a son of immigrant parents who did not speak English. As one of seven siblings we struggled throughout our lives given my father's limited education and low wages, despite economic barriers, I was blessed to earn my Bachelor Degree in English and my Master's degree in Urban Planning from UCLA.

I share this with you Judge Walter because I knew Mitch as a hard-working individual. As Mitch and I conversed throughout the years, we would reflect on struggles of our youth and the journey we travelled throughout our lives to attain our goals. I felt a certain camaraderie with him even though he represented a district that was polar opposite of District 1. The District I represented was one of the smaller districts in geographic size and sustains one of the highest density while the population endures hardships due to poverty, lack of housing and limited amenities such as park space and quality schools.

Mitch was a role model for young people, in particular the youth from the Boys and Girls Club. Over the years, he made it a priority to support this organization by donating his time and relationships to sustain the programs serving the kids with limited opportunities, much like himself.

Within the context of our role as public servants, we engaged in many debates when addressing the needs of our neighborhoods. As Chairman of the Planning and Land Use Committee for 12 years, I always sought advice from my colleagues and made decisions in the transparency of the public arena. In my last few years as Chairman, Mitch sat in our land use committee. We challenged each other publicly and privately but always seemed to find ourselves reaching an understanding that we were fighting for what we felt was needed for the best interest of our constituents. It is this purity of faith that we could come to terms and compromise for the benefit of the whole City.

His apologetic tone when we spoke was filled with regret. He measured every word as he repentantly described the need to be accountable for his actions. The care and support from his family is sustaining his every step as he faces the humiliation caused by his mistake. I have heard that voice of regret before in others seeking to find a path forward when they committed

errors in judgement. I understood he wanted to find a way to follow a path revealing his remorse for his actions.

Mitch acknowledges his error. He can be nurturing and be supportive of others who can learn from his wealth of insight and knowledge.  He understands the need to rise and be accountable for his actions. I have no doubt Mitch will demonstrate to his family and those who believed in him that he can be an asset to our community.

I had been in office 8 years observing his actions as a deputy for the previous Council Member Greg Smith. In those years when he was a deputy, I witnessed qualities in him that can be directed toward improving our communities. He was diligent in attending to constituents. He donated his time to promote a significant fundraiser for individuals ailing from diabetes, As mentioned, he was a strong supporter for youth services by supporting the Boys and Girls Club.

The valuable perspective he brought to the City Council floor debate is his understanding of what it means to struggle. It is this sensitivity and awareness he can share with community members who are in need of support today. Mitch has the ability to engage communities of need and demonstrate how to achieve. He has the capacity and compassion to be effective.

I would support a sentence of probation with community service and other appropriate sanctions in lieu of prison time. I believe Mitch can serve in different capacities of influence in various sectors where he can make a difference in any sector of society benefiting from the lessons he is learning. He can face the youth he once supported and promote positive messages while so many young people face daunting challenges in this pandemic environment. He would be much more productive engaging community service than being in a cell.

Honorable Judge Walter, I know he would be a strong advocate to improve our community if given the opportunity.

Respectfully Submitted,

Ed P. Reyes

*Dr. Eugene Tseng* 

July 21, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

Dear Judge Walter:

My name is Eugene Tseng, I am 70 years old, and I teach as an environmental law professor and an environmental engineering professor at UCLA, Cal State Northridge, and at the University of West Los Angeles School of Law.

I am the CEO, of a small environmental services company that primarily assists government entities with environmental compliance and work as an independent contractor for the City of Los Angeles (30 years) and for the LA City/County (12 years) Joint Powers Authority's Local Enforcement Agencies (LEA). The LEA provides environmental regulatory oversight of waste management infrastructure in Los Angeles. I served on the US Environmental Protection Agency's oversight committee (1988 -1990) and has represented the Federal government (and military) on assisting developing countries (via United Nations) with their legal/regulatory and technical environmental infrastructure. For the last 3 years, I have been working with NASA/JPL/CalTech and the LEA on the role/impact of solid waste landfill methane emissions on climate change. I was awarded the US EPA lifetime achievement award in 2006 for environmental education and for my work on environmental justice. In June 2020, I was given the honor of the environmental industry's "Legacy Award" for my contributions to the waste management and environmental industry.

In 2019, I was sworn in as the Deputy Chief of Police (Environmental Branch) for the Gabrielino Tongva Tribe (GTT) to build the civil and criminal environmental regulatory entity. GTT is a Los Angeles County indigenous Native American tribe for the last 7000 years. Part of my work is to develop and incorporate the new policing protocols and reforms and to develop the highest environmental standards for self-governance (in collaboration with local, State, and Federal regulatory entities) of GTT environmental projects.

I have been married for 40 years to my childhood friend, with grown kids, daughter is a doctor with Kaiser, and son is an online teacher/educator (physics/math). Came to United States in 1960 with parents who were refugees escaping from China in 1949 via to Japan (father worked for General MacArthur on the reconstruction of Japan after the war, and my mother worked for

1

American Embassy), and family went to the Taiwan, where my dad worked for the civilian arm (Civil Air Transport) of the Office of Strategic Services and emigrated to the U.S. Parents owned a small travel service. Dad served as one of the California representatives for small and minority businesses to the White House Commission for Small Businesses under several presidential administrations.

## **Relationship with Mitchell Englander**

I have known Mitch Englander since 2006, meet him while he worked as Chief of Staff for City of Los Angeles Councilmember Greig Smith. I know Mitch Englander primarily through environmental projects and issues. First met Mitch Englander when he coordinated with the US EPA a City Council recognition of my EPA lifetime achievement award for environmental education and for pioneering "Environmental Justice" work with the City of Los Angeles. Mitch has a huge interest in the environment protection (family member died from asthma, potential causes are air pollution and environmental air contaminates), and Mitch has been supportive of creating and maintaining the Environmental Affairs Department for the City of Los Angeles.

Mitch Englander served as a member on the UCLA Advisory Board for the UCLA Engineering Extension's Recycling and Municipal Solid Waste Management Certification Program (I am the primary instructor/professor that developed this program at the request of the EPA and the United Nations); this Board oversaw the curriculum development of this training program (the most comprehensive solid waste training program in the world since 1989, and will be online to 60+ countries next year).

My most extensive interactions were through the activities of the Local Enforcement Agency that was created by a Joint Powers Authority (JPA) to oversee the single largest and most controversial (and problematic due to odor complaints) landfill in California. Mitch Englander was selected as the City of Los Angeles representative member to the governing Board of Directors. He was the most involved of all the Board members, and his leadership was instrumental in how this unique entity was successful in developing innovative technical and legal solutions to developing odor mitigation measures. He provided key policy guidance and mandated innovative approaches way beyond what was accepted as "industry or government" standards, he wanted this enforcement entity to be the best that it could be, and provided the authority to allow our enforcement agency to become the "benchmark reference" that it has become. Mitch Englander did not just "fill a position", he was personally vested and very passionately involved with the technical and legal operations of this entity and demanded that we be a "science-based" decision-making regulatory entity.

One of the situations that really earned my respect for Mitch Englander is that he did not "play politics" in the solving the technical problem. The LEA had developed a set of odor mitigation measures based on its internal research and data mining/analysis, and the solution was in direct opposition to what many of the other and much larger and more powerful regulatory agencies

2

(and their political leadership) advocated as an "accepted industry and standard regulatory agency approach". Mitch Englander represented the impacted landfill's neighboring community and took the time and effort to understand the detailed legal/regulatory and technical issues, and provided the needed leadership to enable the LEA to go against all other regulatory entities, which then allowed the LEA's solutions to be implemented (which resulted in solving the problem), and has now become both an international technical reference case study and also a teaching example being used in environmental law courses on the topic of misapplication of regulatory enforcement standards based on inappropriate technical analysis.

## **Personal Impressions of Mitchell Englander's Character**

Mitchell Englander has always been a contributing member of the community in many ways. I know that he has been the most active of Councilmembers within the local community, working on everything from homelessness to landfill odors, traffic signal placement, working with at-risk youth via the Police Activities League (PALS).

I have met his family in public (at local restaurants) and notice that community members and small business owners have the greatest respect and admiration for him. Mitch has always been an advocate for small local businesses. Local boy that made good. He has a stable and loving family, even with his current situation, has strong family support, and is a loving father.

He is very remorseful, and he does realize it was a huge mistake to make false statements and his overall role as stated in his plea agreement. You can hear the remorse and regret in his voice when you talk with him, knowing that he had let down so many people that have looked up to him. Even being much older than him, I admired his work as a reserve police officer, and he encouraged me to take on the task of developing the environmental division of the Native American police department. He personally provided LAPD contacts for me to follow to establish interagency collaboration and potential support.

I serve as a volunteer legal counsel to an EPA initiated environmental non-profit 501(c)(3) organization (EcoTelesis International) in the Los Angeles area that develops environmental curriculum for UCLA and for other training programs. EcoTelesis International also works with local jurisdictions on environmental issues related to homelessness, as well as working on developing environmental education projects and recycling projects for various Native American tribes. I would be honored for the opportunity to provide a supervised community service probation work alternative for Mitch Englander to help work on any number of these projects that we desperately need assistance on. He could be of so much help with EcoTelesis International, especially on helping local Native American tribes establish a working governing organization to develop environmental infrastructure projects designed to create a significant number of sustainable green jobs for tribal members of which up to 60% - 80% of their members are living at poverty levels. Another project that can utilize his assistance on is to help convert

3

our existing UCLA's environmental law/engineering curriculum of the Recycling and Solid Waste Management Certification Program to an online format, and to help update teaching materials (e.g., develop additional case studies on the newer processing facilities, assist with much needed filming, editing, development of online tests, etc.).

Respectfully,

Eugene Tseng J.D.
CEO, E. Tseng and Associates, Inc
Professor of Environmental Law / Environmental Engineering (UWLA/UCLA)
Deputy Chief of Police of the Gabrielino-Tongva Tribe, Environmental Division

4

July 21, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

Dear Judge Walter:

My name is David Thompson and I am employed by the City of Los Angeles for the past 28 years in the Environmental Affairs Department and then with the Department of Building and Safety in the Local Enforcement Agency (LEA). I am also a part-time instructor with UCLA Extension co-teaching a course on Environmental Law / Regulatory Framework for Solid Waste Management.

I am currently serving as the Program Manager for both the City of Los Angeles LEA and the City/County Joint Powers Authority's Sunshine Canyon Landfill LEA. The LEA is a state-mandated regulatory program that permits, inspects, and enforces State and specific local standards for solid waste facilities, including landfills and transfer stations and various recycling facilities. The LEA protects the health and safety of the community by serving as the lead investigators and inspectors for solid waste and recycling operations. The LEA is charged with enforcing solid waste regulations found in Title 14 and Title 27 of the California Code of Regulations and Chapter XIX of the Los Angeles Municipal Code.

I have been married for the past 32 years to my high school sweetheart and have one grown son working as an IT manager and ███████████████████████████████ ██████. I was born and raised in the San Fernando Valley and lived in the Northridge area until I was 24. We currently reside in the Santa Clarita.

**Relationship with Mitchell Englander**

I first got to know Mitch Englander around 2006, when he worked as Chief of Staff for City. of Los Angeles Councilmember Greig Smith in the 12th Council District. I first had the opportunity to work Mitch Englander during the permitting of the Sunshine Canyon Landfill. He has a strong passion for protecting the community and environment. I believe that this passion specifically for protecting air quality came from the memory of his sister who died from asthma.

In 2010 the City of Los Angeles was forced to eliminate the Environmental Affairs Department due to financial reasons. During this time, Mitch Englander played an important part in ensuring that the vital functions of the department were preserved. Through his efforts the LEA program was transferred to the Department of Building and Safety. At the time I was

1

skeptical of the changes but have seen the results of his work where the LEA has grown to be a better program that provides greater protection to the community and the environment.

I had the opportunity to work closely with Mitch Englander with the creation of the Sunshine Canyon Landfill Local Enforcement Agency. Due to the fact that the landfill was located halfway in the City of Los Angeles and halfway in the County of Los Angeles, a Joint Powers Authority (JPA) to be created to oversee regulatory oversight of this site. Sunshine Canyon Landfill is by far the single largest most controversial landfill in California that at the time was experiencing air quality problems. Mitch Englander was appointed to the governing Board of Directors as the City of Los Angeles representative member.

I was impressed by Mitch Englander in his role as a Board member. He stepped up to the challenge of the position and was willing to put in the time and effort to really learn about solid waste management and environmental protection. It was under his leadership and guidance that the board of directors adopted a sweeping set of mitigation measures that help to solve the odor and air quality violations at the Sunshine Canyon Landfill. He was able to help guide the LEA through political disputes between different regulatory agencies. Mitch Englander was willing to make the right decision even when it was hard.

**Personal Impressions of Mitchell Englander's Character**

I have a great respect for Mitchell Englander and his character. Over the years I have valued his leadership as a Councilmember representing the community where I grew up and my parents have lived for the past 60 years. His love and desire to protect this community can be clearly seen with the countless hours he has volunteered as a reserve officer for the Los Angeles Police Department. I know his commitment to the community.

One of the most important issues with me is the protection of our children. Mitch Englander has this same focus. He has played a large part in promoting the Police Activities League (PALS) in the San Fernando Valley for at-risk youth. He was instrumental in establishing new parks and recreational facilities for families.

On a few occasions, I had the opportunity to meet his family at different City events. In conversations with Mitch, you can tell how much he loves his family and how important they are to him. He is a loving father that takes pride in his wife and children.

It was with great sadness and a little bit of anger that I learned of Mitch's involvement with this case. Mitch Englander was one of the few politicians that I truly believed in. As I have taken on different positions on various environmental groups, I have tried to emulate his leadership skills. Even though I was extremely disappointed in his actions, I have not lost my faith in Mitch Englander. He is a good and decent man that made a mistake. I believe that this one conviction does not define this man. I know the character of Mitch Englander and have trust that he will learn from this mistake and rise up again to the man that I admired.

2

As you enter into the penalty phase for his conviction, I would hope that you would consider how remorseful Mitch Englander is over his mistake in making false statements to the federal authorities. He has been humbled by this very public process and will have to carry this stain on his character for the rest of his life. A prison sentence would be devastating for his wife and children as they try to recover from his mistakes. I truly believe that Mitch Englander knows the errors of his ways and will not repeat these mistakes again with or without a jail sentence.

I would like to request that you consider imposing a supervised community service probation work alternative to serving jail time. I believe that this could greatly benefit the community by utilizing Mitch Englander's talents, experience for good. There are many non-profit organizations that serve the underprivileged people of our society or environmental groups that desperately need the skills that he could provide. This would serve as a punishment at the same time as providing a resource to the people of California during these difficult times.

Respectfully,

David Thompson

3

# Phyllis L. Winger

███████████

███████████

July 29, 2020

The Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Walter:

I first met Mitch Englander when he was working as a political consultant for one of former Councilman Hal Bernson's re-election campaigns. I was Mr. Bernson's Chief Planning Deputy. Prior to joining the Councilman's staff in 1988, I had been a member of the 12th District Community Advisory Council, Chair of the Planning sub-committee, a volunteer at my children's school, a member of  our Little League women's board, and a  full-time wife and mother.

When Mitch became the political consultant running Greig Smith's first City Council campaign eighteen years ago, I had the opportunity to work with him and get to know him better. When Mr. Smith won the election, Mitch joined the staff as his chief deputy and I stayed on the CD12 staff as Chief Planning and Land Use Deputy. I continued in this role until two years into Mitch's first term in office when I retired. During our long association I had the opportunity to work with and for him, and also be able to call him a friend, I would like to submit a character letter on his behalf.

From the time I first met Mitch Englander, I was impressed with his drive, energy, spirit, and willingness to work. He is bright, very creative and resourceful. He genuinely cares about people and likes to do what he can to help make their lives better.  When a Metrolink train collided with another train in our District, Mitch was there working alongside the first responders, rescuing passengers trapped on the train. If my memory is correct, he was there all night and into the following day.  I have seen him step in and achieve success in a multitude of situations.  When nuisance group homes began to proliferate in CD12, and Mitch's constituents began to complain, he assembled a task force that ultimately closed over a dozen such homes in the district. After marijuana became legal, CD12 was inundated with a multitude of illegal storefront pot shops. Mitch was responsible for shutting down 85 such illegal businesses in our District. I believe Mitch became a reserve police officer because of his long standing desire to help the residents of this city. Through a myriad of accomplishment too lengthy to enumerate, Mitch was able to make changes in all aspects of city living, and all were geared to improving conditions for the residents.

Above all, Mitch is a very genuine person. He is kind, compassionate, and loyal, both to his family and his friends. The close bond and love I've observed that he shares with his family is very obvious when you see them. He was and still is a loving husband and father who was actively involved with raising his daughters. Just one example is his active involvement with the YMCA's Indian Princess program, which is limited to fathers and daughters. Mitch and his wife Jayne have always been a very close couple and periodically would just get away to be able to spend time enjoying each other.

The current situation has hit them all very hard and they are trying to grapple with what has occurred. Mitch is very remorseful, and regrets his past actions completely. I believe he is also embarrassed. It would be very difficult on all of them if he were to be incarcerated. The family would definitely be fractured. While they all rely on Mitch, such a separation would be hardest on Jayne. Mitch has openly admitted his mistake, and is ready to do what he needs to do in order to make amends. He has already learned a very painful lesson, one which he will remember for the rest of his life. Fundamentally, Mitch is a good, honest, and trustworthy person who would now welcome the chance to show it.

Thank you for the opportunity to submit this letter.

Sincerely,

*Phyllis Winger*

Phyllis L Winger