# EXHIBIT F

[Public Redacted Version]

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

# COMMUNITY SERVICE & CHARITY WORK LETTERS

## Submitted on behalf of
## Mitchell Englander



July 20, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Your Honor,

I have known Mitch Englander for approximately 15 years. We met while both volunteering for the Los Angeles Police Department. Over the many years of our friendship, I have observed Mitch in both professional and personal arenas. I know Mitch to be a dedicated public servant, a strong family man, a tireless and selfless friend and human being. He is gentle and caring and genuinely interested in others wellbeing.

Mitch has been longtime supporter of the The Nicole Parker Foundation for Children - a 501(c)(3) non-profit corporation that was founded in 1994 in honor of my sister, Nicole, who was murdered at 8 years old. The Foundation is dedicated to helping children and fighting child abuse. Proceeds raised by the Foundation are used to benefit several worthwhile organizations including the Audrey Hepburn CARES Team at Children's Hospital Los Angeles and various law enforcement agencies in their fight against child abuse.

Over the years, Mitch has devoted countless hours to the Foundation and has personally and professionally played an integral part in the success of the Foundation – particularly the children's rooms the Foundation have built or remodeled in approximately a dozen police stations across Los Angeles County. Children's rooms provide a space in police station(s) where children can feel safe after witnessing or surviving traumatic events. Within its walls we hope wounded children will find the courage to talk about horrors they experienced and the strength to heal.

While our mission is important and honorable, Mitch's support was more personal. Simply – he gave of himself because of Nicole – a young and vivacious girl whose life was taken senselessly. I am deeply impressed by his dedication and essential decency.

Mitch's guilty plea for making a false statement to a Federal agent completely contradicts my knowledge, and highest evaluation, of Mitch's character and integrity. Those of us who have been privileged to know Mitch can only hope that any sentence imposed on him will enable him to return to his friends and family and the community he has devoted his life and energy to serving.

Respectfully,

Travis E. Parker, President & CEO
Nicole Parker Foundation for Children

Exhibit F-1
Page 103

July 17, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Walter,

My name is Laine Caspi and I am business owner and community activist in Granada Hills and surrounding areas. I live with my husband and two kids in CD12 as well as have my business in CD12.

Over the ten years that I had an opportunity to work with Mitch on improving our community, I have considered myself very lucky to be part of his district leadership.

Through the ten years, Mitch and I worked together on many projects. If I listed them, this would be a too long, so I'll keep it short but to the point.

As an executive board member for LAPD Devonshire PALS, I worked with Mitch and his office to build a youth center that helps 150 at risk youth every day. I then was able to be part of the outdoor sporting area that he championed for our kids. Largely due to Mitch's involvement in PALS, we have what is widely considered to be the best center in California. Two years ago, we had our first PALS kid get accepted to Harvard! On top of that we have kids that go to UCLA, Berkley, CSUN, you name it. It's unlikely that any of these kids would have this opportunity if not for the PALS center and Mitch's involvement.

As past president of our Granada Hills Rotary Club, I worked with Mitch on our annual Blood Drive in which we partnered with our local AYSO. With Mitch's help, we created the single day largest blood drive in Los Angeles.

As a prior board member of AYSO 174, we worked together to better our fields and the safety of our children. We were granted by Mitch and CD12 a check for $150K for to be split between AYSO and our Baseball fields at the same location.

This check allowed for better equipment, better safety features at the fields and more.

As past president of our Granada Hills Chamber, we worked every year with Mitch to close off our streets for our Holiday Parade, delighting thousands of families and children each year. Mitch and Jayne were always in the parade and loved to be part of the community, hands on! We also had the opportunity to work on our street faire each year, which Mitch and Jayne always came for!

There's more, so much more but this should give some insight in to the incredible work and the love for community that Mitch demonstrated for the ten years that I got to work with him.

Granted, mistakes were made. Mistakes were made, acknowledged, and paid for through public humiliation and stress on his family. Mitch was a vital part of our community. His love for his wife and daughters is something you can see and feel each time you're around them all. I do not believe that serving time in prison would be beneficial to anyone concerned here. I fully understand the guilty plea of making a materially false statement to a Federal agent. I am however, under the impression that Mitch can and will do more good work for the community when given the chance.

Thank you for taking the time to read this and to consider all sides of Mitchell Englander.

Sincerely,

*Laine Caspi*
Laine Caspi



July 23, 2020

Honorable John F. Walter
United States district Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Walter,

I am Jane Stanton, Executive Director for the North Valley Family YMCA at Porter Ranch. I have been involved the communities of Sylmar to Chatsworth for the past 33 years. I am aware of the nature of the charge.

I have known Hon. Mitchell Englander since 2003. At that time, he was chief of staff for Hon. Greig Smith. Mitchell joined the YMCA Booster Club Committee which was chaired by Grieg Smith and started by Hon. Hal Bernson in 1988. Mitchell chaired the Booster Club Committee from 2004-2018. He served on numerous YMCA committees including the Nominating and Board Development, Strategic, Capital, and Annual Support committees.

Mitchell was asked to join the Board of Managers for our North Valley Family YMCA at Porter Ranch in 2006. Every year the YMCA Volunteer Dinner Committee selects the volunteers that will be recognized for their volunteerism. Mitch was awarded the Volunteer of the Year in 2007. He earned and was award the YMCA Lifetime Achievement Award in 2010. In 2008-10, he was elected by our Board to be our Board of Managers Chair. During this time, he guided and lead us in the YMCA Capital Campaign to expand our facility by adding a 3-story building, expand the parking lot and add a warm water pool and jacuzzi. Then the Great Recession hit and the campaign was postponed for a few years. However, the parking lot was expanded and modular building was placed to expand our YMCA programs. Mitch was very active in the community. He was dedicated and shared his leadership skills with many other non-profit organizations also.

Mitch also enjoyed the YMCA Adventure Guides and Princesses program with his daughters for 4 years. They enjoyed doing activities and camping trips with the other fathers and their children in the program. This program builds strong family bonds and is a terrific family program. He is a wonderful family man. Mitchell, Jayne and the daughters are a very caring and kind family.

Mitchell is a very impressive, talented and caring person. He was very dedicated to helping our YMCA, the children, the families and our community. He is an outstanding and wonderful person. His whole family is too! He is one of the best guys ever.

Mitchell has been impacted by these proceedings. He is remorseful and has stated repeatedly that he is responsible for his actions. All of us learn from our mistakes and he will also.

Mitchell and the family are a strong unit. They all will be devastated by the imprisonment and separation. I would ask for compassion in the awarding of any probation or sentencing.

I think he is the perfect candidate to help in the community and do community service in lieu of prison time. I would not send him to prison.

Mitchell Englander is a terrific person and I hope you will be compassionate to him.

Sincerely,

Jane Stanton
Executive Director
North Valley Family YMCA at Porter Ranch

# NORTH VALLEY FAMILY YMCA AT PORTER RANCH

## YMCA LIFETIME ACHIEVEMENT AWARD

### Mitchell Englander

**For a lifetime of dedicated service and volunteerism to the North Valley Family YMCA**

He is a dedicated volunteer and currently serves on the North Valley Family YMCA Board of Managers. Mitchell was our Board Chair for two terms from 2008-2010 and is a member of our Executive Committee, Nominations and Board Development Committee, Building Expansion Campaign Planning Committee and Chair of the Pacesetter Committee. For the past six years, he has been the Booster Club Dinner Chairman. Under his leadership and commitment, he has helped raise over $1.1 million for "The Kids At The Y".

On October 23, 2010, the North Valley Family YMCA celebrated the Grand Opening of our Parking Lot and Trail Expansion which added 78 more parking spaces for our members and a trail entry into Limekiln Canyon. Mitchell had the vision and was the driving force to develop this collaboration with the City of Los Angeles. Without this vision, this project would not have happened. He has dedicated his life to public service and to making the Valley a safer and better place to live, work, and raise a family. Since 2003, he has served as the Chief of Staff for Councilman Greig Smith.

As a member of the YMCA, he joined the YMCA Princesses and Trailblazer Programs with daughters Lindsey and Lauren in 2005 and has enjoyed the family events and canoe trips with his children and his wife Jayne.

His leadership and support to our YMCA is truly extraordinary and he is an inspiration to all of us. He continues to lead us with a wonderful sense of humor, a positive outlook and 'can do' attitude. He received the YMCA Volunteer of the Year Award in 2007 and it is our pleasure and honor to recognize Mitchell Englander as the recipient of the North Valley Family YMCA Lifetime Achievement Award for 2010.

Executive Director/VP    12-2-2010
                         Date

We build strong kids, strong families, strong communities.

July 13, 2020

Honorable John F. Walter
United States District Court
350 West 1st Street
Los Angeles, California 90012

Dear Judge Walter:

I write to you as a character reference for Mitchell Englander; I believe that I am uniquely qualified to speak about his character for the many reasons outlined in this letter. I am well aware that he has plead guilty to making false statements to a Federal Agent, and, while I am deeply disappointed with Mitch for his actions in this regard, I also firmly believe that these unlawful actions were an aberration. I was so shocked to learn of his guilt because that is not the Mitch that I have known, worked with and respected for a quarter of a century. That is why I asked him if I could write this letter.

I know Mitch to be a law abiding, thoughtful, professional, respected elected official, and loving family man. That is why his actions are so surprising to me and those who know and respect him. It is also why I believe that, as a human, he made a serious mistake—a mistake that is out of character for him in every sense.

I am the President of one of the oldest and most successful public affairs firms in Los Angeles, arnie berghoff and associates. Prior to founding my firm in 1998, I worked for the Los Angeles City Council for ten years in the Office of the Chief Legislative Analyst, and then as a Vice President of Government Affairs for two Fortune 500 companies. Since 1973, I have worked closely with virtually every Los Angeles elected official and Department Head. I am also deeply involved in my community, serving twice as a Los Angeles County Commissioner and on the Boards of several non-profit organizations.

In 1998, together with Mitch, we co-founded the *Los Angeles Political Roast* which raises needed funds for the important research and programs of the American Diabetes Association (ADA). This event is the largest fundraiser for the ADA in the United States and has become a Los Angeles tradition in the business and political communities. From the beginning, Mitch not only helped us to grow the event to its current level of success, he personally took it to a professional level that is admired nationwide.

Mitch demonstrated his true colors when helped me launch the Roast; ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ I have a very personal reason for working on the Roast to raise funds for the ADA. For over twenty years, Mitch has dedicated his time, creativity, and energy to the Roast because <u>he believed it was the right thing to do.</u> That has told me more about his character than anything else. He cares and is willing to help others often at great sacrifice to himself. There is no doubt that the Roast has become so successful because of Mitch's hard work and dedication.

During the more than 25 years that I have known him, I have also worked with Mitch when he was a member of another public affairs firm. He always demonstrated his thoughtfulness, skill and the integrity required to obtain and retain clients. I recruited him to join my firm where he worked for three successful years. He helped me to grow my business and serve my many clients. In fact, Mitch and I were discussing a plan for him to join my firm as a Partner, when he instead chose – at great economic sacrifice – to become the Chief of Staff to Councilmember Grieg Smith. He once again demonstrated to me that the call of public service was stronger than the call of business economic success.

I later supported Mitch's run for City Council and watched him become a true leader in that legislative body. Mitch was always fair, objective and determined in his actions as a Councilmember. Often, I did not earn his vote for a client or a matter that I was championing – even though we are almost like brothers. Mitch made it clear that there were only two ways to earn his vote: the matter had to be sound public policy and had to be in the City's best interests. He earned the respect of me and my fellow advocates, and his colleagues as well, by his unwavering dedication to always doing what was best for the City that he represented.

I spoke to Mitch a few days ago. He is contrite, ashamed and has admitted his misconduct. He is also deeply remorseful. He also told me, and I certainly believe him, that he will continue to work hard to improve our community in order to earn forgiveness from relatives and friends by doing good deeds for the rest of his life. He has a tremendous amount to offer our society. We will all benefit from his dedication.

Mitch is also a loving husband and father. His wife, Jayne and his two lovely daughters are his pride. My family regards Mitch and his family as part of ours. We have shared many hours together celebrating holidays and other special occasions. In my opinion, the fact that his unlawful actions have so hurt his family is the most painful aspect of this matter.

Your honor, I would be pleased to testify in court regarding my opinion of Mitch. Let me say directly what I believe: he does not belong in prison for what he has done even though he has clearly breached the public trust and made a serious error.

Mitch understands the severity of what he did, and a sentence of probation, a fine, and the performance of community service would most benefit society, his loving family and Mitch. This man has done so much good for our community; please punish his deeds while providing him with the opportunity to continue to do so much more good. He will not disappoint you, or me.

Sincerely,

Arnie S. Berghoff

Victoria Bourdas Martinez



July 26, 2020

Honorable John F. Walter
United State District Court
350 W. 1st Street
Los Angeles, CA 90012

Dear Judge Walter,

I have lived in Los Angeles County since I was four years old. I attended public schools and graduated from California State University Northridge in 1998. I am married and have been employed with the same company since I was fourteen years old minus a few years to pursue other interests. When I returned after a short hiatus with another company, I met Mitchell Englander when I joined the Northridge Chamber of Commerce in 2002. I became actively involved on behalf of my company, Northridge Skateland. At that time, Mitchell worked for Councilmember Greig Smith.

After several years of being in the same community circles, we started working together on two nonprofit boards of directors. We were founding members of the San Fernando Valley Chapter of the Junior Chamber of Commerce (Jaycees) and members of the Los Angeles Police Department Devonshire Police Activity League Supporters (PALS).

While serving on the Jaycees board, we worked hand-in-hand on many events, most notably on our Jaycees Gala events. During these annual dinners we would recognize an active member of our organization and an alumni member. The award recipients were recognized for their current or past accomplishments strengthening the community in which they lived and worked. We planned the events from start to finish – date, theme, invitations, program, and award recipients. Mitchell was passionate about our gala each year. He was instrumental in researching alumni members and their community involvement.

During our time on the PALS board, we worked to raise funds to give youth a brighter future. The funds raised afforded PALS the opportunity to build its current youth center, create an outdoor playground & soccer field, and most importantly run the program that serves youth 7-17 years old. Mitchell worked tirelessly to get us in front of community members and organizations so that we could tell our story and get others to assist us. Being in City Council, he was able to educate other elected officials on the importance of local youth programming.

As Mitchell and I continued to work together, we became friends. He was like-minded to myself and those in my circle. We wanted to support the businesses and nonprofit organizations in our community while having strong family ties and being a role model for future generations. Mitchell is someone who I watched as a member of the community, a reserve LAPD Officer, loving husband, devoted father, and supportive friend. Although he had an obvious lapse in judgment which I find to be out of character, it does not diminish what he has accomplished and all the lives he has changed. My hope is that Mitchell will be able to repent for his wrongdoings with probation and community service. By doing this, not only will his family be spared a life without his meaningful guidance, but many lives will be helped. He is so passionate when assisting others less fortunate and if given that opportunity, will once again be a shining light.

Respectfully,

Victoria Bourdas Martinez





Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

Dear Judge Walter:

Kindly allow me to introduce myself. My name is Brian Hammel and I am the President of the Foundation at Northridge Hospital Medical Center located in Northridge, CA. I have been in my position for the past eighteen years. Northridge Hospital is a 409 bed, acute care community hospital which serves as both an adult and a pediatric trauma center. The hospital serves over two million residents of the greater San Fernando Valley.

Personally, I am married and have been blessed with three wonderful children.

In my role as the President of the Foundation, I have had the opportunity to engage with many community partners. Many years ago, I met Mitch Englander while he was a LAPD reserve officer. I found him to be energetic, cordial and someone who was committed to helping his community. I continued to stay in contact with Mr. Englander while he served as Chief of Staff and then while he was selected as Los Angeles City Councilmember for District 12 in the San Fernando Valley.

Our relationship grew through the years and in 2012 our Foundation Board of Directors, and the Northridge Hospital Administration, selected Mr. Englander as the hospital's recipient of our "Celebration of Hope" award. This distinguished honor is presented annually to a person of high character, integrity, and a willingness to help the less fortunate and disenfranchised. Mitch exemplifies all of these qualities. I have been to numerous social business meetings and events with Mr. Englander, and his wife, Jayne, and have always found them to handle themselves professionally and in a first class manner.

I am fully aware that Mr. Englander has recently made some poor choices and has used poor judgment. This behavior is very uncharacteristic of the Mitch Englander I have gotten to know over the past 18 years. I have recently had follow up phone calls with Mr. Englander and I can honestly say he takes responsibility for his lapse of judgment and poor decision making and is extremely remorseful. I may be wrong about this, but I have always felt the first step in recovery is to admit you made a mistake. Mitch has done this.

My final request, Your Honor, is to look at the total body of work Mr. Englander has accomplished as a resident and as a public servant. He has served our community well for many




years and one poor decision and lack of proper judgement should be looked upon as just that, a one-time poor decision.

In closing, my wish is that the court will look at Mr. Englander's total body of work as a public servant in serving his community and show some compassion and leniency on placing judgement. Perhaps Mr. Englander can repay his debt with a probationary period with community service. I am sure the court will be fair and look at all options.

Thank you for your time and consideration on my request Judge Walter, and please feel free to contact me if you have any questions.

Sincerely,

Brian Hammel
President
Northridge Hospital Foundation