# EXHIBIT G

[Public Redacted Version]

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

# NEIGHBORHOORS AND FRIENDS LETTERS

## Submitted on behalf of
# Mitchell Englander

**Carolyn Doherty**

███████████████
███████████████

July 20, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

Dear Judge Walter:

I am writing in support of Mitchell Englander, to discuss his extraordinary character, and to appeal to your honor to give him the lightest sentence possible resulting from the charges brought against him.

In 2012 I was introduced to Mitch by my husband Richard, who knew him from the YMCA Indian Princess program for fathers and their young daughters. Richard and our two daughters participated in the program with Mitch and his two daughters. I had looked forward to meeting this man who Richard would talk about often, citing his kindness, intellect, and sense of humor. We met at a YMCA family event, and I could immediately see why Richard respected him as much as he did.

I did not get to know Mitch beyond that superficial introduction, however, until a while later and after a life-changing event occurred for me and my family. ████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████. Mitch and Jayne provided devoted friendship when we needed it most. He is generous with his time, forthcoming with his insight, and enduring with his kindness. ████████████████████████████████████
████████████ ████ he has a meaningful way of wording things such that those stories were some of the most helpful conversations I had during that time.

Mitch is an intelligent, altruistic, and genuinely good person. I have spoken with him since his indictment and he is acutely introspective. Being inherently positive, it is no surprise that he is facing this boldly and bravely – taking full responsibility for the errors he made and embracing all it will take to make this experience an opportunity to become a better person. He is contrite; he knows he made mistakes and he knows there are repercussions. He has experienced vast punishment already from all he has lost as a result of these charges.  I believe he will integrate his newfound wisdom and increased humility in all he does moving forward. His contribution to the world will be higher if he is actively in it than if he is in prison. I urge you to value this man's lengthy track record of being a stellar husband, father, friend, councilman, and professional over a significant yet isolated error in judgment.

Thank you for your time in reading this letter.

Sincerely,

Carolyn Doherty



July 22, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Honorable Judge John F. Walter,

I am writing this letter on behalf of my dear friend Mitch Englander and his family.

A little bit about me. I am the father of 4 amazing kids. I am divorced now for over 6 years, but the divorce and subsequent relationship is extremely amicable. I work as the CEO of an Entertainment Merchandising company called BandMerch as well as the CEO and owner of a management and entertainment marketing company called Monarch Entertainment Group. I have been in these businesses now for well over 30 years in Los Angeles. I am highly active in the environmental space, supporting amazing organizations like Climate Realty Project and the Sierra Club and more. I have also been very active in raising funds for my kids' schools for years and in supporting other organizations to help raise awareness and funds.

I met Mitch Englander and his family through my daughter Maddie almost 20 years ago now. Maddie went to school with Mitch's daughter Lauren at Sierra Canyon. The two of them quickly became best friends and soon our families were very close.

From the moment I met Mitch I was impressed with how tirelessly he pursued so many philanthropic opportunities. He was very active with the expansion of the Sierra Canyon School program, helping them to launch the high school there. He and his wife Jane were also active within the school committees and fundraising efforts.

One of the areas Mitch got me involved in was the Porter Ranch YMCA. His daughters were involved in their Indian Princesses Father/Daughter program and of course Mitch was very active with the YMCA's fund-raising efforts as well as other supporting roles. I enrolled my daughter Maddie and I in the program and from the start it was an amazing experience for her and for our father/daughter relationship. Through Mitch we participated in so many incredible father/daughter activities including the annual

1 of 2

canoeing trip down the Colorado River. All three of my daughters got to experience these trips many times and the memories are some of their favorites growing up to this day. Priceless stuff all because of Mitch.

Mitch's kindheartedness didn't stop here. I watched how he took his selfless giving nature into the political world, being the assistant to City Council Member Greig Smith and later taking Greig's place in the same district. Mitch really flourished in this environment and frankly it was great to see such a honest, giving man in politics. And he did it all while being an active volunteer police officer. I used to always say how I couldn't figure out when Mitch slept. He was driven by the need to help people more then I have ever seen anyone. And that says a lot since I've worked and supported major charitable organizations through the years in my work.

I remember once my daughters and Mitches two daughters and Mitch and I were all driving to one of the annual Colorado River trips and there was a car broken down on the freeway in the fast lane. No one was stopping to help this woman who was clearly in distress. Well Mitch stopped, stopped traffic and we both pushed her vehicle out of harm's way. I honestly would have never stopped had it not been for Mitch. I know it sounds small but for me it showed such great character and selflessness and I remember how amazing it made me feel to have my daughters see us do such a caring act.

Mitch and Jane have always had such an amazing relationship. Especially given Mitch's tireless efforts to be more and more involved in helping his community. Their daughters were also amazing. At a time when so many kids are getting into the wrong things, hanging out with the "bad crowd" Mitch and Jane instilled such amazing values in their kids. The Indian Princesses program is just one great example.

Mitch seems truly remorseful for what has happened to him with these corruption charges. I honestly couldn't believe it when I heard it. It would seem so devastating to his family and close friends if Mitch were sentenced to any prison time. I know there are so many people, including myself and my family, who would be adversely affected by his imprisonment. In fact, knowing Mitch as I do, being allowed to walk free of this would only further energize him to continue to help his community. We need more Mitch Englanders in the world making a positive difference in so many lives.

My family and I are hopeful that you will see in Mitch what my family and I have experienced first-hand and show him leniency.

Gratefully,

*Joseph Bongiovi*
Joseph Bongiovi

2 of 2

Exhibit G-2
Page 117

**RK**

July 25, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Your Honor,

I've known Mitchell Englander for almost 40 years, going way back before either of us held public office.

I represented the North and East San Fernando Valley in the State Assembly from 1980-1996. Before and after I was elected I was involved with various small business associations, chambers of commerce, not for profits and community groups.

It was through his involvement with some of the same groups that I got to know Mitch.

In subsequent years, when Mitch was doing campaign work, we worked together on my campaigns as well as others. Mitch was always the "computer genius" who understood how to access data and merge data and generally do things with the computer that were alien to me.

His work was impressive, his work ethic was off the charts. He was creative and his attention to detail was second to none. He did what he'd said he would do, on time and even occasionally under budget.

While in office I had the opportunity to see Mitch at a lot of community events. As a staff member and later an elected official Mitch always had time for his constituents and he made their issues his issues.

**Richard Katz**

He was a tireless advocate for his constituents on issues large and small. And he fought equally hard for all of them.

After elected office, I served 8 years on the Metro and Metrolink Boards of Directors, which gave Mitch and me additional opportunities to work together.

At the request of the Mayor I joined the Metrolink Board the day after the horrendous Chatsworth accident to sort out what happened.

One of the first people I spoke to was Mitch, who in his role as an LAPD Reserve Officer was one of the first people to respond to the tragedy. His selfless actions made an important difference to many survivors and to families of those not as fortunate. He helped out in whatever role the first responders needed his help.

Mitch always put his constituents and their needs above his own.

Mitch and his family are good friends, yet like most, I was shocked to see the newspaper accounts of his involvement and his plea. This has been extremely hard on his family.

I only know what I read in the papers, but the person I've known for several decades has always put family and community first.

Thank you for your consideration,

*Richard Katz*

Richard Katz

July 29, 2020

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Honorable Judge Walter,

I am writing you on behalf of my dear family friend Mitch Englander to ask for compassion in his upcoming sentencing. My name is Scott Meyers and I am 54 years old. I have spent the last 20 years of my career in the software development industry and I am currently General Manager for Innovacx Solutions Inc., a 6-year-old global CRM and Marketing systems integrator.

My wife and I just celebrated our 27th wedding anniversary on June 26th and we have raised 3 children together all of who look to Mitch as a role model. We have our 25-year-old son Nick who graduated ASU Business School, our 22-year-old daughter Alexa who graduated UC Irvine Business School, and our 21-year-old son Matt who is working in the studios and is continuing his education at College of the Canyons.

I first met Mitch over 10 years ago in his professional capacity as North Valley City Councilman at the AYSO soccer fields in Granada Hills for the spring soccer kickoff. My family and I spent many great times there with our kids and grandparents, but the program was in jeopardy of losing their lease back to Metropolitan Water District who had other plans for the land. Mitch was in attendance to support the program and to let all of the children and families know that he had gone head to head with MWD to make sure they knew how important the safe zone was to 1000's of youngsters. Mitch had secured a lease extension for the land for decades to come for this critical family program. This was when I first saw the passion and true love that Mitch has for his community, families and young people.

I met Mitch again a few weeks later but in a non-professional capacity as a steady and loving father of 2 young daughters Lindsey and Lauren. We were both members and supporters of our local YMCA and participated in the father/child explorer program. I later saw first-hand how Mitch raised 100's of thousands of dollars hosting a community fund raiser every year of which our entire community benefited. This particular trip we were canoeing with our children down the Colorado river, teaching them how to navigate the elements, setup a community camp, share in the cooking and cleaning responsibilities and play games around the campfire. Mitch's tireless work ethic, creativity and love for young people made him a natural at this. Seeing Mitch interact with his girls and the other fathers with patience and kindness was inspiring. We found that we shared many of the same interests and lived in the same neighborhood. From that point forward he and I became closest of friends and an integrated part of each other's families.

As our friendship grew, I began to see firsthand how involved Mitch was in my community. Mitch worked relentlessly supporting our local police departments, putting in place programs to feed the hungry, instituted the clean streets/clean starts program to provide shelter and a fresh start for the homeless, and programs to help young people jumpstart their professional careers through internships right out of our local high schools.

Being so close to Mitch I also got to see the personal sacrifices Mitch made for his community and family. Mitch has a huge heart and genuinely cares about people and gives of his time to support others during difficult times.

One example of this was Mitch's role in responding to the Chatsworth AMTRAK disaster. Mitch heard about the accident and rushed to the scene in his business suit as one of the first responders and spent the night assisting the injured. Mitch continued to show support for all the victims and community years after even hosting annual memorial and expressing his own personal pain in connecting with victims' families. Mitch was truly compassionate and expressed raw emotion in his response, and he carries the scars of that event with him still today. This is a loving and caring man.

Mitch is one of the hardest working guys I have ever met. I have never seen anyone manage a calendar and attend the number of meetings, events as he did as he never wanted to let anyone down. He cared about the needs of so many and often sacrificed his own family time to fulfill the needs of others. He is finally at the time in his life where he can put the needs of his family first only to have that taken away by the burden of this one unfortunate event that Mitch has expressed to me personally, he is so remorseful for. It is unfortunate that all the love, support and contributions he has given so selflessly over so many years to his community and to all that know and love him has been completely discounted over this event.

Because I know Mitch on a personal level, and doing the right thing is so important to him, this event has weighed heavy on his heart. Though he has done so much for so many over the years and has always taken the time to mentor me in areas of technology, business and interpersonal relationships, it has all been wiped away overnight and he and his family have suffered greatly.

This event has had a profound impact on Mitch as he has gone from being an amazing outgoing and highly respected community leader to a despondent man who has lost so much. I also know, that as soon as he can begin helping people, the sooner he will get closer to recovering from this situation. In fact, he and Jayne have been volunteering during this Pandemic with Meals on Wheels to deliver food to isolated seniors.

I am proud every day to say that he is one of my closet friends and getting to know Mitch and his beautiful family on a personal level has been one of the most rewarding experiences of my life.

Mitch is the selfless and loving leader of his family. His wife Jayne and daughters Lindsey and Lauren love him very much and look up to Mitch for his wisdom and guidance through all aspects of their life. A loss of anytime with their Husband and Father would be devastating to their lives and ours.

If anyone is deserving of leniency and a second chance it is Mitch.

Sincerely,

Scott Meyers