KENDALL BRILL & KELLY LLP
Janet I. Levine (94255)
 *jlevine@kbkfirm.com*
Sarah E. Moses (291491)
 *smoses@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendant
Mitchell Englander

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MITCHELL ENGLANDER,<br><br>            Defendant. | Case No. CR 20-35-JFW<br><br>**DECLARATION OF JANET I. LEVINE IN SUPPORT OF DEFENDANT MITCHELL ENGLANDER'S POSITION REGARDING SENTENCING**<br><br>*Filed Concurrently with Defendant Mitchell Englander's Position Regarding Sentencing and Exhibits*<br><br>Judge:   John F. Walter<br>Date:    January 25, 2021<br>Time:    8:00 a.m.<br>Crtrm.:  7A |

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

Case No. CR 20-35-JFW

DECLARATION OF JANET I. LEVINE IN SUPPORT OF DEFENDANT MITCHELL ENGLANDER'S
POSITION REGARDING SENTENCING

I, Janet I. Levine, declare as follows:

1.     I am an attorney admitted to practice before this Court.  I am counsel of record for Mitchell Englander in the above-captioned action.  Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.     I have represented Mr. Englander in this matter since 2017.  I was present with him at the three interview proffer sessions on October 19, 2017, February 7, 2018, and December 31, 2018.  All were conducted under a single "standard" proffer agreement. The agreement was not re-signed or re-executed; instead it was simply agreed that it would continue to apply.

3.     All three sessions were led by Assistant United States Attorney Mack Jenkins.  Assistant United States Attorney Veronica Dragalin was present at the second and third sessions.  FBI Case Agent Civetti was present at all three sessions.

4.     The topics that were covered and the focus of each of the sessions was similar, including what occurred in June 2017 in Las Vegas and at the Morongo Casino charity event, as well as Mr. Englander's contacts with Businessperson A.

5.     Before the first session I had a conversation with AUSA Mack Jenkins, the lead prosecutor in this matter.  He informed me that Mr. Englander was not a target of the investigation, but rather was a subject or a witness.  Mr. Jenkins indicated that Mr. Englander was "tangential" to his investigation.  Mr. Jenkins never told me that Mr. Englander's status had changed until early in 2020.

6.     Before the second session, AUSA Jenkins advised me that the agents were confused about one of the areas discussed in the first session and he wanted to go back over it with Mr. Englander.  Before the third session, AUSA Jenkins indicated he heard that Mr. Englander had resigned his position and wanted to cover a couple of things, including why Mr. Englander resigned and what he intended to do.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

2

Case No. CR 20-35-JFW
DECLARATION OF JANET I. LEVINE IN SUPPORT OF DEFENDANT MITCHELL ENGLANDER'S
POSITION REGARDING SENTENCING

7.      After Mr. Englander was charged in this matter, I was provided discovery, much of it subject to a protective order.  That discovery included transcripts of several meetings between Mr. Englander and Businessperson A that were taped by the government.  The Englander position paper references three of these meetings, occurring on October 4, 2017, February 6, 2018, and November 20, 2018.

8.      Each of these meetings occurred within a short time before Mr. Englander's interviews with the government.  The transcripts reveal that each meeting was instigated or preceded by some communications from Businessperson A.

9.      Discovery indicated that at the time of each of these meetings, Businessperson A was acting as a government informant/cooperator.

10.     On October 4, 2017, Businessperson A and Mr. Englander met for lunch at a downtown restaurant.  ███████████████████████████ ████████████████████████████████████████ ██████████████████████████

11.     On February 6, 2018, Businessperson A and Mr. Englander met again. ████████████████████████████████████ █████████████████████████████████████ █████████

12.     On November 20, 2018, Businessperson A and Mr. Englander met again.  ████████████████████████████████████ █████████████████████████████████████ ███████████████████

13.     The transcripts reveal that at these meetings Businessperson A steered the conversation to include topics that would be covered in the upcoming interview between Mr. Englander and the prosecutors and agents.  Businessperson A volunteered to Mr. Englander the content of conversations he allegedly had with the

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1  prosecutors and/or his lawyer and they discussed what Mr. Englander should say if
2  he was asked about the same topics.

3       14.    The topics covered by Businessperson A were the topics AUSA
4  Jenkins raised when he interviewed Mr. Englander.

5       15.    On January 4, 2021, the government filed its Objection to the
6  Presentence Investigation Report.  I began to review the government's brief and
7  when I got to assertions on page 3 that were not supported by the facts of this
8  matter, I immediately emailed AUSAs Mack Jenkins, Veronica Dragalin, and
9  Melissa Mills requesting all *Brady* information that showed Mr. Englander had not
10 affected City business in connection with his "1001" violation, indicating that I had
11 just begun to review the brief but was concerned.  AUSA Jenkins confirmed that the
12 government is not asserting that Mr. Englander "actually" affected City business but
13 rather that he was "capable" of affecting City business.

14      16.    On February 12, 2018, Mr. Englander and Businessperson A had
15 another meeting. █████████████████████

23      I declare under penalty of perjury under the laws of the United States of
24 America that the foregoing is true and correct to the best of my knowledge.

25      Executed on this 11th day of January, 2021, at Los Angeles, California.

27      /s/ Janet I. Levine
   Janet I. Levine

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067