TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdoj.gov
                Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 20-CR-35-JFW |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF VERONICA DRAGALIN |
| v. | |
| MITCHELL ENGLANDER, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Melissa Mills hereby applies ex parte for an order that the government's Exhibit 2 in support of the Government's Sentencing Position for Defendant Mitchell Englander be lodged and filed under seal.  This application is unopposed.

//

This ex parte application is based upon the attached declaration of Veronica Dragalin, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: January 11, 2021          Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

/s/ Veronica Dragalin
MACK E. JENKINS
VERONICA DRAGALIN
MELISSA MILLS
Assistant United States Attorneys

Attorneys for Applicant
UNITED STATES OF AMERICA

**DECLARATION OF VERONICA DRAGALIN**

I, Veronica Dragalin, declare as follows:

1.  I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am an attorney representing the government in this case, along with Assistant United States Attorneys Mack Jenkins and Melissa Mills.

2.  The government requests leave to file and lodge Exhibit 2 in support of the Government's Sentencing Position for Defendant Mitchell Englander under seal.

3.  Exhibit 2 is an audio recording produced in discovery in this case pursuant to the Protective Order that was entered on March 11, 2020 (Dkt. 9). Because the audio recording may lead to the identification of a confidential human source whose voice is captured in the recording, the government requests leave to file and lodge the exhibit under seal to protect the safety of the confidential human source. The government is concurrently filing a transcript of the audio recording publicly in the interest of providing public access to court proceedings.

4.  On January 8, 2021, I informed defendant Mitchell Englander's counsel, Janet Levine, that the government would be filing the exhibit under seal. Defendant's counsel informed me that she does not oppose the application.

//
//
//
//
//
//

5. Should the Court deny this application, the government requests that Exhibit 2 not be filed, but be returned to the government, without filing of the document on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 11, 2021

_____
VERONICA DRAGALIN

**CERTIFICATE OF SERVICE**

I, VERONICA DRAGALIN, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the action <u>United States v. Mitchell Englander</u>, CR-20-35-JFW;

That I am employed by the Acting United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by e-mail described in this Certificate was made; that on January 11, 2021, I sent via e-mail to defense counsel Janet Levine (jlevine@kbkfirm.com) and Sarah Moses (smoses@kbkfirm.com) a copy of:

**GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF VERONICA DRAGALIN; PROPOSED ORDER; EXHIBIT 2**

This Certificate is executed on January 11, 2021, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
VERONICA DRAGALIN
Assistant United States Attorney