DECLARATION OF MACK E. JENKINS

I, Mack E. Jenkins, declare as follows:

1. I am an Assistant United States Attorney and one of the attorneys representing the government in the matter of United States v. Mitchell Englander, 20-CR-35-JFW. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Exhibits 1 are 2 are, respectively, the transcript and a true and correct copy of the audio recording (on CD) of the February 12, 2018 meeting between defendant and a confidential source. This recording was produced to defense counsel at Bates number ME_002660 subject to the Court's protective order in this matter.

3. The transcript was prepared by the government, including by persons familiar with the voices of defendant Englander and the confidential human source.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 11, 2021.

_____
MACK E. JENKINS