UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.   **CR 20-35-JFW**                                    Dated: January 25, 2021

================================================================
PRESENT( In Court):  HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
| (In Court) | (zoom) | Melissa E. Mills |
| | | Asst. U.S. Attorney |
| | | (present - zoom) |

================================================================
U.S.A. vs (Dfts listed below)                     Attorneys for Defendants

1)   Mitchell Englander                       1)   Janet I. Levine
     present on bond  (zoom)                        Sarah Emily Moses
                                                    present - retained (zoom)


PROCEEDINGS (zoom):   **SENTENCING**

Case called, and counsel make their appearance.

Court imposes sentence on defendant.  For the terms and conditions of the sentence, refer to Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.


CC: USPO/PSA: USM; BOP

Initials of Deputy Clerk  sr
2/05