Notice has been delivered by First Class U.S. Mail to all counsel (or parties) at their last known address of record in this action on this date

Date: Jan 27 2021, 2:27 pm

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.  **CR 20-35-JFW**                                            Dated: January 27, 2021

==========================================================================

PRESENT:  HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Court Reporter | Mack E. Jenkins |
| Courtroom Deputy | none present | Veronica Dragalin |
| | | Melissa Mills |
| | Interpreter: None | Asst. U.S. Attorney |
| | | not present |

==========================================================================

U.S.A. vs (Dfts listed below)                              Attorneys for Defendant

1)   Mitchell Englander                                    1)   Janet I. Levine
     not present on bond                                        not present - retained

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: CONTEMPT FOR DANIEL GUSS**

It appears that Daniel Guss photographed (or took a screenshot) and then posted on Twitter images from the sentencing hearing for Defendant Mitchell Englander on January 25, 2021. Accordingly, Daniel Guss is ordered to show cause, in writing, on or before February 1, 2021 why he should not be held in contempt for violating Local Civil Rule 83-6.6 (incorporated by Local Criminal Rule 57-1) and the Court's rules posted on the Court's website. Daniel Guss shall email his written response to the Order to Show Cause to JFW_Chambers@cacd.uscourts.gov. The Courtroom Deputy Clerk shall serve a copy of this Order on Mr. Guss by mail at P.O. Box 5921, Sherman Oaks, CA 91413 and by email at Daniel.Guss@gmail.com.

No oral argument on this matter will be heard unless otherwise ordered by the Court. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the issuance of a contempt order.

Initials of Deputy Clerk   sr