Daniel Guss

FILED
CLERK, U.S. DISTRICT COURT

January 27, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___sr___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-35-JFW |
| Plaintiff, | APPLICATION FOR EXTENSTION OF TIME TO RESPOND TO THE ORDER TO SHOW CAUSE RE: CONTEMPT FOR DANIEL GUSS |
| v. | |
| MITCHELL ENGLANDER, | |
| Defendant. | |

1/27/21
DATE

_[signature]_
Daniel Guss

27 January 2021

1 Page

<u>VIA E-MAIL</u>

c/o    Shannon E. Reilly
       Courtroom Deputy Clerk for
       Honorable John F. Walter
United States Courthouse
Courtroom 7A
350 W. 1st Street
Los Angeles, CA 90012
Shannon_Reilly@cacd.uscourts.gov

Re: <u>*United States v. Englander (2:20-cr-00035)*</u>

Dear Judge Walter –

At 2:30pm today, I received an email from your Clerk Shannon Reilly with an attached order to show cause. I take this matter extremely seriously and am reaching out to an attorney for advice and/or representation.

Because I am not an attorney, nor do I have one, I am respectfully requesting an extension of 30 days to respond, or March 1, 2021, so we can properly address the matter. The Order as it stands only afforded me two business days to respond.

Upon receipt of the Order, I immediately made all of my social media accounts private and hope that the Court sees my immediate response to be proactive and cooperative.

Respectfully,

Daniel Guss
PO Box 5921
Sherman Oaks, CA 91413
818-231-1108
Daniel.Guss@gmail.com

Daniel Guss
Address

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 20-CR-35-JFW |
|---|---|
| Plaintiff, | PROPOSED ORDER ON APPLICATION FOR EXTENSTION OF TIME TO RESPOND TO THE 'ORDER TO SHOW CAUSE RE: CONTEMPT FOR DANIEL GUSS |
| v. | |
| MITCHELL ENGLANDER, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Daniel Guss' application for extension of time to

is GRANTED/DENIED.

DATE                                    HONORABLE JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE