\UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 20-35-JFW**                                            Dated: January 28, 2021

========================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Court Reporter | Mack E. Jenkins |
| Courtroom Deputy | none present | Veronica Dragalin |
| | | Melissa Mills |
| | Interpreter: None | Asst. U.S. Attorney |
| | | not present |

========================================================================

U.S.A. vs (Dfts listed below)                        Attorneys for Defendant

1)   Mitchell Englander                              1)   Janet I. Levine
     not present on bond                                  not present - retained

**PROCEEDINGS (IN CHAMBERS):**   **ORDER GRANTING DANIEL GUSS'S APPLICATION FOR EXTENSION OF TIME**

     The Court has reviewed Daniel Guss's Application For Extension of Time to Respond to the Order to Show Cause re: Contempt filed on January 27, 2021 (Docket No. 64).  Based on Mr. Guss's representation that "he has made all of [his] social media accounts private," Mr. Guss's Application is granted.  The Court continues the deadline to respond to the Order to Show Cause from February 1, 2021 to March 1, 2021.

Initials of Deputy Clerk   sr