FILED
CLERK, U.S. DISTRICT COURT

March 1, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: sr _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 20-35-JFW |
| Plaintiff, | **DANIEL GUSS' RESPONSE TO THE ORDER TO SHOW CAUSE RE CONTEMPT** |
| v. | |
| MITCHELL ENGLANDER, | Judge: John F. Walter |
| Defendant. | |

Daniel Guss<br>
P.O. Box 5921<br>
Sherman Oaks, CA 91413<br>
<br>
VIA EMAIL TO:<br>
(JFW_Chambers@cacd.uscourts.gov)

February 28, 2021

The Hon. Judge John F. Walter
United States Courthouse Courtroom 7A
350 W. 1st Street Los Angeles, CA 90012

RE: LA 20 CR 00035 JFW- Englander OSC Daniel Guss –
Daniel Guss' Response to Order to Show Cause re Posting a Photo From Hearing

Dear Judge Walter:

I am responding to your OSC I received on January 27, 2021, instructing me to show cause why I should not be held in contempt for posting a single photo I took of a Zoom hearing in violation of Local Civil Rule 83-6.6 (incorporated by Local Criminal Rule 57-1) and the Court's rules posted on the Court's website.

This happened because I was unaware that the Court's Local Rules prohibited taking a photo during hearings and/or posting it on the internet. I write about local government matters and I have been told that, in California, what happens in public is public record, including what happens in court. Prior to attending the hearing in question, I was aware that, in 2018, you stated *"I've always been a strong proponent of the 1st Amendment and believe in public access to this courtroom."*

I received no warning of the Court's rule because I did not access the hearing via the Court's website. The link to it was texted to me that morning, and I have attached a copy of that text to this letter. Also, there was no warning of the Court's rule during the Zoom sign-in process once I clicked on the texted link or on the display screen prior to the hearing, on the live feed before the hearing, or once the hearing started. Everything I saw while signing in that morning is also attached to this letter.

Despite the foregoing, I am not trying to defend my actions. My ignorance of the Court's Local Rules is offered as an explanation, but not an excuse. I understand the seriousness of what I did and I now know, and accept, that what I did was and is prohibited. The moment I found out that what I did violated the Court's rules, I immediately and proactively removed all traces of the single photo I Tweeted. I ran a search for any other Tweets about the Defendant, found one, and deleted it even though it contained no such

- 1 -

photo. Then I set all of my social media settings to private and went a step further to deactivate my Twitter account. My proof of those actions is attached as well.

I am extremely apologetic that I broke the Court's rules. I did all I could to immediately mitigate my error after I found out about it. I can assure the Court that this particular violation of the Court's rules won't happen again and that I will be much more careful in the future when I decide to report on anything that happens in this or any other state or federal court. I am also now mindful that court hearings are to be treated differently than other government hearings, including those that are available on the internet.

Lastly, thank you for giving me the extra time I had requested in order to submit this response.

Sincerely,

*[signature]*

Daniel Guss

This is the link that was texted to me the morning of the hearing.

> JUDGE JOHN WALTER ZOOM INFO: Timely Appearance: Please join the Zoom Court Session 15 minutes before the scheduled time.
>
> Screen Name: When you sign in and add your screen name, you must use your full name followed by "(P)" (for plaintiff(s)) or "(D)" (for defendant(s)) – or by "O" (observer) if you are participating as a member of the public or the media.
>
> Please use the link below to join the Zoom Webinar:
> https://cacd-uscourts.zoomgov.com/j/1616660981?pwd=YUNUVTVqR1pXRXR3ZnJka...(link is external)
> Passcode: 537770
> Or iPhone one-tap :
>   US:
> +16692545252,,1616660981#,,,,,,0#,,537770# or +16468287666,,1616660981#,,,,,,0#,,537770#
> Or Telephone:
>   Dial(for higher quality, dial a number based on your current location):
>     US: +1 669 254 5252 or +1 646 828 7666
> Webinar ID: 161 666 0981
> Passcode: 537770

This is the image I saw while signing into the Zoom hearing on my iPhone.

**Courtroom - Hon. John F. Walter** Leave

Waiting for the host to start this meeting

**Meeting ID**   161 666 0981

**Time**   This is a recurring meeting

**Date**

IF YOU ARE THE HOST, SIGN IN TO START THIS MEETING

**Sign In**

This is the image I saw upon signing into the Zoom hearing on my iPhone.



This is proof that I deleted my only other Tweet about this case, though it contained no photo.

| Task | Initiated (UTC) | Status |
|---|---|---|
| Delete all my tweets containing "englander" | 28 January 2021 02:48 | Complete (checked: 225 deleted: 1) |

Your recent deletions

This is proof that I deactivated my Twitter account.

> You deactivated your account on Jan 28, 2021. On Feb 27, 2021, it will no longer be possible for you to restore your Twitter account if it was accidentally or wrongfully deactivated. By clicking "Yes, reactivate", you will halt the deactivation process and reactivate your account.