UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES</u>

Case No.   **CR 20-35-JFW**                                                            Dated: March 4, 2021

===========================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Eric Jenkins |
|---|---|---|
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
| | | Melissa E. Mills |
| | | Asst. U.S. Attorney |
| | | Not Present |

===========================================================================
U.S.A. vs (Dfts listed below)                               Attorneys for Defendants

1)   Mitchell Englander                                    1)   Janet I. Levine
     Not Present                                                 Sarah Emily Moses
                                                                 Not Present

_____

PROCEEDINGS (IN CHAMBERS):        **ORDER DISCHARGING ORDER TO SHOW CAUSE RE CONTEMPT AS TO DANIEL GUSS**

On January 27, 2021, the Court issued an Order to Show Cause why Daniel Guss should not be held in contempt for violating Local Civil Rule 83-6.6 and the Court's rules posted on the Court's website. On March 1, 2021, Daniel Guss filed a response to the Order to Show Cause.

The Court acknowledges that Daniel Guss took prompt action to address and mitigate his violation of the Court's Rules and he has demonstrated that he recognizes the seriousness of his misconduct. Accordingly, the Court deems Daniel Guss's response to the Order to Show Cause satisfactory, and orders the Order to Show Cause discharged.

IT IS ORDERED.

Initials of Deputy Clerk   _sr_