

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To: Chief Deputy/Fiscal

**Re:  Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: __2:20−cr−00035−JFW__

Defendant's Name: __Mitchell Englander__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __6/1/2021__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :__6/4/2021__, it was verified the defendant:**

__has surrendered to the Bureau of Prisons__.

**Verified via Bureau of Prisons website.**

__June 4, 2021__               By _____/s/ *Ingrid Valdes*_____
Date                                    Deputy Clerk

CR−86 (11/08)                    VERIFICATION OF SURRENDER