1 | STEPHANIE S. CHIRSTENSEN
Acting United States Attorney
2 | SCOTT M. GARRINGER
Assistant United States Attorney
3 | Chief, Criminal Division
VERONICA DRAGALIN (Cal. Bar No. 281370)
4 | Assistant United States Attorney
Public Corruption & Civil Rights Section
5 |      1X00 United States Courthouse
       312 North Spring Street
6 |      Los Angeles, California 90012
       Telephone: (213) 894-0647
7 |      Facsimile: (213) 894-1041
       E-mail:    veronica.dragalin@usdoj.gov
8 |
Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

10 |                  UNITED STATES DISTRICT COURT

11 |             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,          No. **See Attachment A**

13 |          Plaintiff,

14 |              v.                    NOTICE OF DEPARTURE FROM THE
                                       UNITED STATES ATTORNEY'S OFFICE;
15 | **See Attachment A**,              ATTACHMENT A

16 |          Defendant.

17 |

18 |

19 |      Plaintiff, United States of America, hereby advises the court

20 | that **VERONICA DRAGALIN** is departing the United States Attorney's

21 | Office, and all of the cases in **Attachment A** should have the contact

22 | information replaced with the generic USAO email used for docketing.

23 |

24 |

25 |

26 |

27 |

28 |

1   Dated: July 12, 2022              Respectfully submitted,

2                                      STEPHANIE S. CHRISTENSEN
                                       Acting United States Attorney
3
                                       SCOTT M. GARRINGER
4                                      Assistant United States Attorney
                                       Chief, Criminal Division
5

6

7                                      VERONICA DRAGALIN
                                       Assistant United States Attorney
8                                      Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT  A

1   2:00-cr-00201
    2:00-cr-01095
2   2:06-cr-00167
    2:06-cr-00409
3   2:06-cr-00875
    2:08-cr-01163
4   2:09-cr-00618
5   2:13-cr-00076
    2:13-cr-00884
6   2:13-cr-00885
    2:14-cr-00229
7   2:15-cr-00569
    2:16-cr-00049
8   2:16-cr-00234
    2:16-cr-00329
9   2:16-cr-00384
10  2:16-cr-00468
    2:16-cr-00471
11  2:16-cr-00543
    2:16-cr-00557
12  2:16-cr-00586
    2:16-cr-00591
13  2:16-cr-00718
    2:16-cr-00741
14  2:16-cr-00784
15  2:16-cr-00798
    2:16-cr-00806
16  2:16-cr-00857
    2:16-cv-00651
17  2:16-cv-04563
    2:16-cv-05384
18  2:16-cv-06079
    2:16-cv-06135
19  2:16-cv-09175
20  2:17-cr-00028
    2:17-cr-00067
21  2:17-cr-00192
    2:17-cr-00778
22  2:17-cr-00783
    2:17-cr-00790
23  2:17-cv-02771
24  2:18-cr-00007
    2:18-cr-00037
25  2:18-cr-00055
    2:18-cr-00056
26  2:18-cr-00065
    2:18-cr-00074
27  2:18-cr-00098
    2:18-cr-00119
28  2:18-cr-00121

4

2:18-cr-00122
2:18-cr-00128
2:18-cr-00132
2:18-cr-00160
2:18-cr-00267
2:18-cr-00280
2:18-cr-00376
2:18-cr-00625
2:18-cr-00685
2:18-cv-08826
2:19-cr-00447
2:20-cr-00009
2:20-cr-00035
2:20-cr-00141
2:20-cr-00142
2:20-cv-09011
2:21-cr-00116
2:21-cr-00118
2:21-cr-00446
2:21-cr-00575
2:22-cr-00131
2:22-cr-00177
2:97-cr-00206
5:15-cr-00007
5:16-cr-00102
5:16-cr-00111
5:16-cr-00129
5:16-cr-00148
5:17-cr-00214
5:17-cr-00276
5:18-cr-00004
5:18-cr-00041
5:18-cr-00046
5:18-cr-00049
5:18-cr-00060
5:18-cr-00066
5:18-cr-00134
5:18-cr-00162
5:19-cr-00071
8:17-cv-00917
8:21-cr-00187
8:98-cr-00143